

RECEIVED
JUL 2 3 2014
By

Form **SMLPS**

**ST. JOHN PARISH SCHOOL BOARD**
**P. O. Drawer AL**
**Reserve, LA  70084**
**Phone: (985) 536-1106**
**Fax:  (985) 536-4564**

## PHYSICIAN'S STATEMENT AS REQUIRED BY
## LOUISIANA REVISED STATUTES

THE INFORMATION CONTAINED IN THIS DOCUMENT IS
EXEMPT FROM THE PUBLIC RECORD LAWS OF THE STATE OF LOUISIANA

### PLEASE PRINT OR TYPE

Name of patient:  JoANN  Howard

Exact period for which leave is requested:  August 1 2014  through 12-31-14

Name and address of physician:  Dominic Ascuri III MD  429 B West Airline  LaPlace, LA  70068

Physician's phone number:  (985) 652 3344

Please complete the following request for information by circling the "Yes" or "No" and providing a brief response if appropriate.

1.  Have you examined and/or treated this patient during the past two years?  (Yes)  No

2.  Current diagnosis and date of said diagnosis:  ① Major Depressive Illness  ② Anxiety Disorder

3.  Based on your current diagnosis:

    a)  Would this condition be considered within the parameters of a contagious or communicable disease?  Yes  (No)

    b)  Would this condition normally cause the patient to be hospitalized?  Yes  (No)

    c)  Is recuperation from the effects of this condition possible?  (Yes)  No

    d)  Does this condition reduce the patient's capabilities in the following areas:
    (1)  Vision  Yes  (No)
    (2)  Hearing  Yes  (No)
    (3)  Speech  Yes  (No)
    (4)  Motion  Yes  (No)

Form **SMLPS**

e) Does this condition prohibit the patient from conducting normal cognitive processes?

(Yes)    No

f) Would this condition prohibit the patient from conducting the duties of a teacher?

(Yes)    No

If yes, then estimate the number of days or weeks from the date of the diagnosis that the teacher would be unable to perform the duties of his/her profession.

180 days / weeks

g) Based on your diagnosis, could this patient be gainfully employed in any other job or occupation on a part-time (20 hours a week or less) during the period of this sabbatical medical leave?

Yes    (No)

Please provide any other information which you feel would be pertinent in the School Board's decision process as to whether or not to grant the sabbatical medical leave request made by the patient.

_Mrs Joann Howard is mentally unable to cope with the stresses + requirements imposed on her by her recent job reviews She is incapacitated by stress + depression._

I, the undersigned, hereby affirm that I am a physician licensed under the laws of the State of Louisiana (or the state of domicile, if different from Louisiana). I further certify under penalty of criminal prosecution that I have examined the herein named patient/applicant for sabbatical medical leave sabbatical, and have found that the medical condition stated above makes the leave applied for herein medically necessary.

_____
Signature of Physician
(ORIGINAL SIGNATURE ONLY – NO FACSIMILE)

7-22-14
_____
Date Signed

**PLEASE MAIL THIS FORM DIRECTLY TO
THE ST. JOHN PARISH SCHOOL BOARD OFFICE**