☒ No Drug Screen Needed    ☐ DOT Urine    ☐ Non-DOT Urine    ☐ Breath Alcohol    ☐ Blood Alcohol
☐ 5 Panel or ☐ 10 Panel

☒ Initial Examination

☐ Re-Check Examination

**RIVER PARISHES HOSPITAL**

Today's Date: 08/12/14

Date of Injury: 3/14

### Disposition

Employee Name: Dana Howard

Company: St John School Board

Claim No. _____

Company Phone No. 985 536 1106

W/C Company: St John School Board    Phone: 985 536 1106    Fax: _____

Billing Address: PO Drawer AL Reserve LA 70084
Address _____ City _____ State _____ Zip

Treatment Authorized By: Donna Cure    Date: _____    Time: _____

**HISTORY & EXAM:**
Pt obviously distraught, claims harassment from supervisors, unreasonable workload due to disciplinary action.

Pt. at this time appears unable to function as a teacher due to emotional lability.

**DIAGNOSIS AND PLAN:**
Reccomend formal psychiatric evaluation prior to resumption of teaching duties, no working with children until cleared by a psychiatrist.

**MD ORDERS IN CLINIC:**

_____

☐ Able to continue regular work duties

☐ Unable to work    Dates: ____/____ To _____

☒ Light Duty  *See physical evaluation regarding work assignment below*    Dates: 3/14/14 To cleared by psychiatrist.
no working with children until cleared

Physical Restrictions (Complete when employee is restricted from normal work duties)
☐ Limit lifting/carrying or pushing/pulling to: ☐ 0-5 lbs  ☐ 6-10 lbs  ☐ 11-25 lbs  ☐ 26-50 lbs  ☐ No lifting/carrying
☐ Operating dangerous machinery, including automobiles  ☐ Yes ☐ No
☐ Climbing  ☐ Yes ☐ No    ☐ Overhead work  ☐ Yes ☐ No
☐ Walking  ☐8 ☐7 ☐6 ☐5 ☐4 ☐3 ☐2 ☐1 (Hours)    ☐ Standing ☐8 ☐7 ☐6 ☐5 ☐4 ☐3 ☐2 ☐1 (Hours)
☐ Sitting  ☐8 ☐7 ☐6 ☐5 ☐4 ☐3 ☐2 ☐1 (Hours)
☐ Kneeling, Stooping  ☐Never ☐Occasionally (1% - 33%) ☐Frequently (34% - 66%) ☐Constantly (67% - 100%)

DISCHARGED FROM OCC MED:    ☐ Yes ☐ No
FOLLOW UP APPT.:    ☐ Yes: Date & Time: _____    ☐ No
REFERRED TO: _____    DATE & TIME: _____
PHONE NUMBER: _____
PHYSICIAN SIGNATURE: _____    MD DATE & TIME: 3/14/14

:C50705  1/11