

# St. John the Baptist Parish School Board

## Making *A+* Difference:
## Accountability Assessment Achievement

**Clarence Triche**
Board President

**Keith Jones**
Vice-President

**Herbert Smith**
Superintendent

**BOARD MEMBERS**

**Russell Jack**
District No. 1
PO Box 75
Edgard, LA 70049
985-497-8395

**Albert Burl, III**
District No. 2
PO Box 593
Garyville, LA 70051
985-535-2969

**Gerald J. Keller, Ph.D.**
District No. 3
PO Box 347
Reserve, LA 70084
985-536-6570

**Patrick H. Sanders**
District No. 4
137 E. 31st Street
Reserve, LA 70084
985-536-4247

**Sherry DeFrancesch**
District No. 5
28 Holly Drive
LaPlace, LA 70068
504-628-2934

**Keith Jones**
District No. 6
PO Box 952
LaPlace, LA 70069
985-652-5170

**Phillip Johnson**
District No. 7
117 Cinclair Loop
LaPlace, LA 70068
985-651-4290

**Russ Wise**
District No. 8
2131 Marion Drive
LaPlace, LA 70068
985-652 7211

**Lowell Bacas**
District No. 9
517 Parlange Loop
LaPlace, LA 70068
985-652-6882

**Rodney B. Nicholas, MAR**
District No. 10
2063 Lafitte Drive
LaPlace, LA 70068
504-818-8499

**Clarence Triche**
District No. 11
614 Main Street
LaPlace, LA 70068
985-652-6193

December 1, 2014

Ms. Joann Howard
3616 Loyola Drive, Unit 273
Kenner, LA 70065

RE:  MEDICAL SABBATICAL LEAVE

Dear Ms. Howard,

Your request for medical sabbatical leave was approved by me on behalf of Superintendent, Kevin George.   Your sabbatical leave is effective for the Spring 2015.

Per SJSB Policy *"Each person granted sabbatical leave will return to service for one (1) semester for each semester of leave upon completion of the sabbatical leave. As per statutory requirement, any employee taking sabbatical leave who fails to return to service in this School District upon expiration of the leave as specified above for any reason other than incapacitating illness as certified by two (2) physicians, shall forfeit all salary compensation received during the leave period.  Every person on sabbatical leave shall notify the Superintendent of his/her intention to return to work not less than thirty (30) days prior to the beginning of the semester in which he/she expects to return."*

Before you return to work in August 2015 you must follow the treatment plan from Dr. Cusco as evidenced on the attached Disposition form received August 12, 2014 and present a clearance letter to me by July 15, 2015.

Sincerely,

Page Eschette
Director of Human Resources

/dmd

118 West 10th Street • P.O. Drawer AL • Reserve, Louisiana 70084 • PHONE: 985-536-1106 • 1-800-296-1106 • FAX: 985-536-1109
*An Equal Opportunity Employer*



**EMPLOYEE INTENT FORM – 2015-2016 SCHOOL TERM**
MUST BE RETURNED TO THE SCHOOL OFFICE BY JANUARY 23, 2015

**COMPLETE ALL ITEMS**

Name:_____

Address:_____

Telephone #_____

School Site & Position:_____

*Please check __one (1)__ appropriate choice below and sign under that choice:*

☐   I intend to continue my employment with the St. John the Baptist Parish School System for the 2015-2016 school year.

_____          _____
Signature of employee                              Date

☐   I do not intend to continue my employment with the St. John the Baptist Parish School System for the 2015-2016 school year.  Please consider this my notification of ___ resignation  or ___ retirement, effective _____, 2015.

_____          _____
Signature of employee                              Date

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

St. John the Baptist Parish School Board
Personnel Department
P.O. Drawer AL
Reserve, LA 70084

Page E

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail or Priority Mail.
- Certified Mail is *not* available for any class of International mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

*Certified letter for Intent to Return in may — no response in January in regular mail*

7006 3450 0002 8416 2208

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dann Howard
616 Loyola D. Unit 273
Kenner LA 70065

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_____   5-20-15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

USPS MAY 20 2015

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 3450 0002 8416 2208

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $

Sent To   Dann Howard
Street, Apt. No.; or PO Box No.   616 Loyola Dr Unit#273
City, State, ZIP+4   Kenner LA 70065

Postmark Here