

# St. John the Baptist Parish School Board

### Making A+ Difference

### Accountability    Assessment    Achievement

**Keith A. Jones**
Board President

**Albert A. Burl, III**
Vice-President

**Kevin R. George**
Superintendent

**BOARD MEMBERS**

**Russell Jack**
District No. 1
PO Box 75
Edgard, LA 70049
985-497-8395

**Albert Burl, III**
District No. 2
PO Box 593
Garyville, LA 70051
504-628-0010

**Gerald J. Keller, Ph.D.**
District No. 3
PO Box 347
Reserve, LA 70084
985-536-6570

**Patrick H. Sanders**
District No. 4
137 E. 31st Street
Reserve, LA 780084
504-628-0306

**Sherry DeFrancesch**
District No. 5
28 Holly Drive
LaPlace, LA 70068
504-628-2934

**Keith Jones**
District No. 6
PO Box 952
LaPlace, LA 70068
985-652-5170

**Phillip Johnson**
District No. 7
1117 Cinclair Loop
LaPlace, LA 70068
985-651-4290

**Russ Wise**
District No. 8
2131 Marion Drive
LaPlace, LA 70068
985-652-7211

**Shawn Wallace**
District No. 9
1604 Cambridge Drive
LaPlace, LA 70068
985-212-5360

**Rodney B. Nicholas**
District No. 10
2063 Lafitte Drive
LaPlace, LA 70068
504-818-8499

**Clarence Triche**
District No. 11
1614 Main Street
LaPlace, LA 70068
985-652-6193

August 17, 2015

MAILED VIA CERTIFIED AND
REGULAR MAIL THROUGH THE U.S.
POSTAL SERVICE

Ms. Joann Howard
3616 Loyola Drive
Unit #273
Kenner, Louisiana 70065

Dear Ms. Howard,

It has come to our attention that you have not returned your job with St. John the Baptist Parish for the 2015-2016 school year.

According to St. John the Baptist Parish School Board Policies employees may be terminated after 10 days of absence when there is no communication from the employee. Please be advised that your employment with St. John School has been terminated effective today, August 18, 2015.

Sincerely,

Page Eschette
Human Resources Director

PE/nb