

# St. John the Baptist Parish School Board

## Making A+ Difference:
## Accountability Assessment Achievement

**Clarence Triche**
Board President

**Keith Jones**
Vice-President

**Herbert Smith**
Superintendent

**BOARD MEMBERS**

**Russell Jack**
District No. 1
P.O. Box 75
Edgard, LA 70049
985-497-8395

**Albert Burl, III**
District No. 2
P.O. Box 593
Garyville, LA 70051
985-535-2969

**Gerald J. Keller, Ph.D.**
District No. 3
P.O. Box 347
Reserve, LA 70084
985-536-6570

**Patrick H. Sanders**
District No. 4
137 E. 31st Street
Reserve, LA 70084
985-536-4247

**Sherry DeFrancesch**
District No. 5
28 Holly Drive
LaPlace, LA 70068
504-628-2934

**Keith Jones**
District No. 6
P.O. Box 952
LaPlace, LA 70069
985-652-5170

**Phillip Johnson**
District No. 7
1117 Cinclair Loop
LaPlace, LA 70068
985-651-4290

**Russ Wise**
District No. 8
2131 Marion Drive
LaPlace, LA 70068
985-652-7211

**Lowell Bacas**
District No. 9
517 Parlange Loop
LaPlace, LA 70068
985-652-6882

**Rodney B. Nicholas, MAR**
District No. 10
2063 Lafitte Drive
LaPlace, LA 70068
504-818-8499

**Clarence Triche**
District No. 11
1614 Main Street
LaPlace, LA 70068
985-652-6193

April 24, 2015

Ms. Liqita D. Landry
New Orleans Field Office
Suite 1900
New Orleans, LA 70112

RE:    POSITION STATEMENT EEOC CHARGE NO. 461-2015-00631

DESCRIPTION OF COMPANY:  St. John the Baptist Parish School System,
P. O. Drawer AL, 118 West 10th Street, Reserve, LA 70084  985-536-1106

TYPE OF BUSINESS:  Educational Institute

PERSON RESPONDING:  Page Eschette, Director or Human Resources, P. O. Drawer
AL, 118 West 10th Street, Reserve, LA 70084  985-479-8111
peschette@stjohn.k12.la.us

ATTACHMENTS IN RESPONSE TO ABOVE CHARGE:

1. St. John the Baptist Parish School Board District Policies related to request for medical leaves (sick leave or sabbatical)

2. Chart documenting all employee requests for extended sick leave or sabbaticals for St. John the Baptist Parish School System since Page Eschette as served as Director of Human Resources for St. John the Baptist Parish School System since July 16, 2013).  Employee names have been deleted, but race, sex, reason and if a request for a second opinion was made.  Decisions related to the need for a second opinion is based on the employee's supporting medical documentation and diagnosis.

3. Copy of letter from Ms. Joann Howard to Superintendent Kevin George dated August 21, 2014, which is dated after the approval of Ms. Howard's request for leave.  It's narrative describes incidents that Ms. Howard has labeled "harassment" by Ms. Kendria Spears, Principal of Fifth Ward Elementary. Specifically the first paragraph states that this is a description to apprise Mr. Kevin George of an incident.  Please note the first paragraph on page 2 of the letter.  Ms. Howard admits in the letter her decision not to seek a prior meeting with the Director of Human Resources to discuss the incidents.  The letter does not request a response, but delivers a statement of Ms. Howard's concerns.

Sincerely,

Page Eschette, Director of Human Resources

118 West 10th Street • P.O. Drawer AL • Reserve, Louisiana 70084 • PHONE: 985-536-1106 • 1-800-296-1106 • FAX: 985-536-1109
*An Equal Opportunity Employer*

| REQUEST FOR EXTENDED SICK LEAVE OR SABBATICAL SINCE JULY 2013 | | | |
|---|---|---|---|
| Employee | RACE/SEX | REASON FOR REQUEST | REQUEST FOR 2ND OPINION |
| 1 | W/F | brain tumor removal/child lung transplant | N |
| 2 | B/F | cancer | N |
| 3 | B/F | cancer | N |
| 4 | B/F | cancer | N |
| 5 | B/F | cancer | N |
| 6 | W/F | cancer | N |
| 7 | W/F | cancer | N |
| 8 | W/F | cancer (spouse) | N |
| 9 | B/F | car accident | N |
| 10 | B/F | car accident | N |
| 11 | B/F | car accident surgery | N |
| 12 | W/F | child in car accident | N |
| 13 | W/F | family death/stress/depression/anxiety | N |
| 14 | B/M | heart attack | N |
| 15 | B/F | hospitalized | N |
| 16 | W/F | knee replacement surgery | N |
| 17 | B/F | lumbar strain | N |
| 18 | B/F | Parkinson's Disease | N |
| 19 | B/F | pregnancy | N |
| 20 | B/F | pregnancy | N |
| 21 | B/F | pregnancy | N |
| 22 | B/F | pregnancy | N |
| 23 | B/F | pregnancy | N |
| 24 | W/F | pregnancy | N |
| 25 | W/F | pregnancy | N |
| 26 | W/F | pregnancy | N |
| 27 | W/F | pregnancy | N |
| 28 | W/F | pregnancy | N |
| 29 | W/F | pregnancy | N |
| 30 | W/F | pregnancy | N |
| 31 | W/F | pregnancy | N |
| 32 | W/F | pregnancy | N |
| 33 | W/F | pregnancy | N |
| 34 | W/F | pregnancy | N |
| 35 | W/F | pregnancy | N |
| 36 | W/F | pregnancy | N |
| 37 | W/F | pregnancy | N |
| 38 | W/F | pregnancy | N |
| 39 | W/F | pregnancy | N |
| 40 | W/F | pregnancy | N |
| 41 | B/F | siezures | N |
| 42 | B/F | family member murdered/stress/surgery/headaches | N |
| 43 | B/F | stroke | N |

| | | | |
|---|---|---|---|
| 44 | B/F | surgery | N |
| 45 | B/F | surgery | N |
| 46 | B/F | surgery | N |
| 47 | B/F | surgery | N |
| 48 | B/F | surgery | N |
| 49 | B/F | surgery | N |
| 50 | B/F | surgery | N |
| 51 | B/F | surgery | N |
| 52 | B/F | surgery | N |
| 53 | B/F | surgery | N |
| 54 | B/F | surgery | N |
| 55 | B/F | surgery | N |
| 56 | B/F | surgery | N |
| 57 | B/F | surgery | N |
| 58 | B/F | surgery | N |
| 59 | B/M | surgery | N |
| 60 | W/F | surgery | N |
| 61 | W/F | surgery | N |
| 62 | W/F | surgery | N |
| 63 | B/F | surgery | N |
| 64 | W/F | surgery | N |
| 65 | B/M | surgery | N |
| 1 | B/F | arthritis | Y |
| 2 | W/F | arthritis/fibromyalgia | Y |
| 3 | B/F | depression | Y |
| 4 | W/F | depression | Y |
| 5 | W/M | family death/stress/depression/anxiety | Y |
| 6 | M/F | feet pain/cannot walk | Y |
| 7 | B/F | high frequency hearing loss | Y |
| 8 | W/M | migraines | Y |
| 9 | B/M | paranoia | Y |
| 10 | B/F | psychosis/surgery (seeking disability) | Y |
| 11 | B/F | stress | Y |
| 12 | B/F | stress | Y |
| 13 | B/F | stress/high BP/tight chest | Y |
| 14 | W/F | surgery, extended recovery | Y |
| 15 | W/F | surgery, extended recovery | Y |

Listed are 80 employees who requested Extended Medical Leave or
Medical Sabbatical since July 2013 under the current HR Director's tenure.
LRS 17:1202 A.c.ii states "For the purposes of this
Subparagraph, "catastrophic illness or injury" means a life-threatening,
chronic, or incapacitating condition affecting an employee or a member of
an employee's immediate family, as verified by a licensed physician".

As evidenced by the above chart, all second opinions were requested on

all intangible illnesses/conditions.  There was no discrimination of race or sex.

Prior to returning to work, all employees must provide HR with a medical clearance, with the exception of any request related to a family member's illness/injury.

Requests for leave are made by employees to the Superintendent of St. John the Baptist Parish School System and/or the Director of Human Resources who serves as the Superintendent's designee

Kevin George, Superintendent
P. O. Drawer AL
118 West 10th Street
Reserve, LA 70084
985-479-8138

Page Eschette, Director of Human Resources
P. O. Drawer AL
118 West 10th Street
Reserve, LA 70084
985-479-8111