**LOUISIANA DEPARTMENT OF EDUCATION**
**Compass Information System**
**Compass**
**Evaluation Report**

Page: 1
Date: 9/10/2018
Time: 9:15 AM

School Session:     2013 - 2014

LEA:     048 - St. John the Baptist Parish

School:     048020 - Fifth Ward Elementary School

Employee:     JOANN M HOWARD

Evaluation Type:     T - Teacher

Overall Evaluation Rating:     Effective: Proficient (3.25)

   Overall Professional Practice Rating:     Effective: Proficient (2.50)

   Overall Student Growth Rating:     Highly Effective (4.00)
      Transitional Student Growth Data
      Composite Percentile:     N/A

Intensive Assistance Required?     No

Evaluator General Comments:

Professional Practice Comments:     According to the data collected, the teacher has earned the rating score above. This rating is approved based on all data and information submitted being in alignment with school, district, and state policies.

Student Growth Comments:     According to the data collected, the teacher has earned the rating score above. This rating is approved based on all data and information submitted being in alignment with school, district, and state policies.

Date Evaluation Completed:     6/2/2014

Employee Acknowledgement Comments:

Employee Acknowledgement Date:

I have reviewed my final evaluation in its entirety.  I acknowledge that I have been given an opportunity to provide a written response and to discuss the evaluation results with my evaluator, upon my request.

Signatures (optional):

_____     _____
Employee Signature                                                Date

_____     _____
Evaluator/Supervisor Signature                              Date