UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOANN HOWARD

VERSUS
NUMBER 17-742      DIVISION:  "F(3)"

ST. JOHN THE BAPTIST PARISH SCHOOL BOARD, ET AL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Deposition of, JOANN HOWARD, taken at the Law Offices of CLARENCE ROBY, JR., located at 3701 Canal Street, Suite U, New Orleans, LA  70119, on Monday, March 12, 2018.

REPORTED BY: DONNA FALGOUST
             CERTIFIED COURT REPORTER

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

CD
ENCLOSED

A P P E A R A N C E S

PRESENT:

KEVIN P. KLIBERT, ESQUIRE
BECNEL LAW FIRM, L.L.C.
425 W. Airline Highway,Suite B
LaPlace, Louisiana  70068
Phone:  (985) 536-1186
Fax:  (985) 536-6445
ATTORNEY FOR:
    The Defendants,
        St. John the Baptist Parish
        School Board, Et Al

CLARENCE ROBY, JR., ESQUIRE
LAW OFFICES OF CLARENCE ROBY, JR.
3701 Canal Street
New Orleans, Louisiana  70119
Phone:  (504) 486-7700
ATTORNEY FOR:
    The Plaintiff,
    Joann Howard

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

that correct?

A.   Yes, that's correct.

Q.   When were you hired to work at the St. John the Baptist Parish School Board?

A.   I was hired in November of 2007.

Q.   Okay.  And where did you work prior to that?

A.   Prior to that, I worked in Oceanside, California Counseling Service.  I worked for Department of Defense Dependants.

Q.   Okay.  Was this the first job you had in primary education?

A.   No.

Q.   When was the first job you had -- well, wait.  Let me go back.  You mentioned a couple of master's degrees or a master's and a plus 30.  Where is your bachelor's degree from?

A.   From Southern University in New Orleans.

Q.   And what is that degree in?

A.   Elementary Education.

Q.   All right.  And when did you obtain that degree?

A.   I obtained that degree in December of 1995.

Q.   And what's your date of birth?  I should

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

A.   I went to South Carolina first.

A.   Where in South Carolina did you go?

Q.   Beaufort, South Carolina.

Q.   Okay.  Were you employed while you were in Beaufort, South Carolina?

A.   Yes.

Q.   What was your job?

A.   I was a teacher.  I was still in a teaching capacity.  I taught students with -- English language learners.  I taught English language learners.

Q.   Is that, like, E.S.L.?

A.   Yes.  For Department of Defense.

Q.   So, you weren't employed by the school board in South Carolina; you were employed by the government?

A.   Yes.

Q.   And then, where did you go after that?

A.   After that, I went to Oceanside, California.

Q.   And what were you doing in Oceanside, California?

A.   I worked for the Department of Defense.

Q.   Doing what?

A.   Um, victims advocacy.  I worked with

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

military families, victims of sexual assault and domestic violence.

Q.   Did you get your plus 30 sometime between Beufort, South Carolina and Oceanside, California?

A.   I came back to Louisiana, and I had credits already toward that plus 30, and I finished those hours when I returned to Louisiana in 2007.

Q.   Okay.  And what was the first job you got upon your return to Louisiana in 2007?

A.   St. John Parish Public Schools.

Q.   Who hired you in St. John Parish?

A.   I was recommended for the position by the school principal Stephanie Waters, and I was hired by Ann LaBorde, the personnel director.

Q.   That's going back --

A.   Yes.

Q.   -- to Ms. LaBorde?

A.   Yes.

Q.   And Stephanie, what school were you assigned to in 2007?

A.   Fifth Ward Elementary.

Q.   And was that the only school you were assigned to during your tenure with the St. John Parish School Board?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

A.  It certifies me to teach nursery school through 8th grade.

Q.  Now, for Early Elementary Education or for Elementary Education, are you certified in a specific subject area the way you are in secondary education?

A.  No, you're -- no.

Q.  So when you received your undergraduate degree, notwithstanding your master's and you passed or you acquired a Louisiana teaching certificate, you are qualified to teach anywhere from nursery school to eighth grade in any subject matter?

A.  Yes.

Q.  So you were initially hired as a second grade teacher.  How long did you teach second grade at Fifth Ward?

A.  I taught second grade for the duration, from November of 2007 to the end of the school year.  I taught the following school year, second grade inclusion.  So, that was one additional year.

Q.  Could you explain what second grade inclusion is?

A.  Second grade inclusion, it is regular ed,

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

18

board alleging different forms of discrimination. I want to know when is the first time you believe you were the victim of discrimination by the St. John Parish School Board?

A.   The first time I believe I was the victim of discrimination was --

Q.   By the school board?

A.   By the school board?

Q.   Yes.   And when I say school board, any employees would be considered, any of your supervisors, I would consider that to be the school board.

A.   I believe the first time was when I applied to go on leave, and I was required to undergo additional testing.   I was required to see a doctor, a second opinion, and I was told by Page Eschette because of all that's on here, referring to the form that was submitted by my doctor.

Q.   Okay.   What you're referring to is, you submitted an extended sick leave request completed by Dr. Dominic Arcuri to the school board, requesting you be on sick leave for the fall 2014 semester; is that correct?

A.   No, that's not correct.   I submitted a sabbatical leave request, and it was changed to

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

completion of the sabbatical leave as per statutory requirement. Any employee taking sabbatical leave who fails to return to service in this school district upon expiration of the leave as specified above for any reason other than incapacitating illness as certified by two physicians shall forfeit all salary compensation received during the leave period.

Every person on sabbatical leave shall notify the superintendent of his or her intention to return to work not less than 30 days prior to the beginning of the semester in which he or she expects to return. Before you return to work on January 5th, you must follow the treatment plan from Dr. Cusco as evidenced on the attached disposition form received August the 12th, 2014."

Q. Okay. So ultimately, the medical leave or sabbatical leave that you applied for prior to the fall 2014 semester was approved, correct?

A. Yes.

Q. So would you agree that -- well, let me ask you this: You claim that you were the victim of racial discrimination as a result of being required to get a second medical opinion in connection with your leave. Your leave was

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

to refer to this disposition.  I sent an email to Dr. Cusco's office asking for a copy of the treatment plan or the referral to another doctor or whatever the procedures were so that I could obtain a clearance letter.  I needed something to demonstrate the criteria that must be met in order for me to be cleared, what were the return to work clearance requirements, what do I do.

And I received an email back from Dr. Cusco's office stating that they could not give me anything, I'd have to contact the school board because the school board paid for the visit.

Q.   Did you ever speak -- well, let will me ask you this:  Did you ever contact any psychiatrist or any psychologist and ask them to evaluate you?

A.   I saw a psychologist, but no I did not, um, because the school board, they wanted this evaluation.  A part of the policy that isn't in this letter is that if they require additional testing or appointments, they should -- they are to bear that cost and that referral should have come from their doctor.

And Dr. Cusco did not provide me with a treatment plan, nor did Dr. Cusco refer me as per

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

42

you to do in addition to I couldn't just pay for that.  Anyway, I couldn't just pay for a full evaluation.  I -- that's just not --

Q.  Well -- I'm sorry.  Was that the end?

A.  Yes, that's the end.

Q.  Okay.  But you were treating with Dr. Arcuri, correct?

A.  Yes.

Q.  Isn't it true that you could have asked him to refer you to a psychiatrist or a psychologist who could have performed that evaluation?

A.  Yes. And --

Q.  Did you do that?

A.  Dr. Arcuri, he referred me to a psychologist.  I was seeing a psychologist Dr. Judy Petit, and this, um, disposition asked for a psychiatrist, and I assumed that I would get the referral for the psychiatric evaluation that they're requesting from their doctor.

Q.  But you didn't ask Dr. Arcuri -- just to be clear, you did not ask Dr. Arcuri to refer you to a psychiatrist so that you could undergo the psychiatric examination?

A.  No, I didn't ask him to.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

Q. Okay. Do you believe that the request that you undergo a psychiatric examination prior to going back to working with children was a discriminatory requirement based on race?

A. I do believe that.

Q. But that would be Dr. Cusco, not the school board, correct?

A. Dr. -- the school board sent me to Dr. Cusco.

Q. Okay.

A. He worked for the school board as their occupational medicine doctor. I asked Dr. Cusco's office to give me what was necessary to meet their requirement.

Q. Okay. Can you identify any other employees who went on medical leave for psychiatric and mental health issues who Dr. Cusco did not require them to undergo a psychiatric examination prior to their return?

A. The teachers that I previously listed, discussed, they were not required to see Dr. Cusco at all.

Q. Okay. But what I'm asking is different. What I'm asking is, do you know of any teachers or any employees, and it doesn't have to be a

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

follow school board policy, correct?

A. Correct.

Q. And it states that, "Each person granted sabbatical leave will return to service for one semester for each semester of leave upon completion of the sabbatical leave." You agree that that's the policy?

A. That's a portion of the policy. Yes, I agree.

Q. And I'll go back to the rest of it because I want to establish a few other things. In your approval letter, Exhibit 6, it talks about the disposition and your clearance letter. You did not present a clearance letter of any kind by July 15th; is that correct?

A. I did not -- that's correct. I did not present a clearance letter, and I need to explain why I did not present a clearance letter.

Q. Okay.

A. I did not present a clearance letter because I was required to obtain this clearance from Dr. Cusco. That should have been -- that was to be facilitated through Dr. Cusco, and his treatment plan.

My doctor Dr. Arcuri did not believe I

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

A.    I didn't receive an Intent to Return form.

Q.    Until May of 2015?

A.    Yes.

Q.    But you never did fill that one out either to send to the school board?

A.    No.  When I received it in May, the May 2015 Intent to Return form that I received was dated to be returned by January 23rd, 2015.  It was expired when I received it. When it was sent to me in May, it was already well past the due date.

Q.    Did you comply with the requirements of Exhibit 6 -- well, let me ask you this, just to cut the chase:  Did you ever at any time prior to August 2015, after December of '14 before August of '15, did you ever contact the school board and say I intend to return to work in August of '15?

A.    Yes.  I contacted the school board when I could not get the necessary documents to return, to get the -- to complete the -- to follow the treatment plan and get the clearance letter from Dr. Cusco's office.

Q.    Looking at both Exhibit 4 and Exhibit 6. In both of those letters it states what St. John school board policy is.  And it says, "Each person

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

granted sabbatical leave will return for service for one semester for each semester of leave upon completion of sabbatical leave." So, you were out for two semesters, correct?

A. Correct.

Q. Did you return to work for two semesters?

A. No, I did not.

Q. The next portion of that policy states that, "As per statutory requirements, any employee taking sabbatical leave who fails to return to service in this school district upon expiration of the leave for any reason other than incapacitating illness certified by two physicians shall forfeit all salary compensation received during the leave period."

Did you forfeit any of your salary for the one year that you were on medical sabbatical?

A. No, I did not.

Q. Okay. "Every person on sabbatical leave shall notify the superintendent of his or her intention to return to work not less than 30 days prior to the beginning of the semester in which he or she expects to return." Did you give notice to -- who was the superintendent at this time?

A. Kevin George.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

I'm leaving.  I don't see that.

Q.  Let's see.

A.  I didn't say -- I don't see where I said this is the reason why I am leaving.

Q.  It says, "The love I once had for teaching" -- and I'm looking at the last sentence. It says, "The love I once had for teaching has been replaced by anxiety and fear." Signed, "Joann Howard, teacher leaving the profession."

A.  Yes.  I see that.

Q.  Okay.  And, in fact, you did leave the profession?  You did not return to work the next semester, correct?

A.  No, that's not correct.  I signed this, "The love I once had for teaching has been replaced by anxiety and fear, Joann Howard, teacher leaving the profession."  I did not state that I was leaving my job.  In this letter I discussed the compass classroom teacher evaluation.

My intent, and this was to highlight the way that the instructional setting is being abused when the compass teacher evaluation is used as a tool of retribution against teachers.  I have a master's degree in Counseling Psych.  I could be a

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

and for the separate act, I'm asking for teachers who were similarly situated -- and what I mean by that is these were teachers out on leave where the second opinion had recommended that they get a complete psychiatric evaluation prior to returning and where they were allowed to return anyway without that complete medical or psychiatric evaluation.  Do you know of any teachers who fit that requirement?

A.  No.  No, I don't know of any teachers who fit that requirement because I don't know of any teachers that were required to get the second opinion, which would ultimately as in my case lead to following a treatment plan of the second opinion doctor.

Q.  Okay.  So just to clarify, you don't know of anyone?  You're unaware of any teachers who part of the conditions of their returning to work was to undergo a psychiatric evaluation?  You're not aware of any teachers who with that requirement did not undergo the psychiatric evaluation, but were nevertheless allowed to return to work?

A.  No.

Q.  Now, we've talked about two acts of

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

redirected to a nonexistent course of care. And the treatment plan was to be the catalyst for the clearance letter.

Q. Okay.

A. The end result of the treatment plan should have been the ability to obtain the clearance letter which I needed to return to work. I am being sent back and forth between Dr. Cusco and the school board for this allusive treatment plan that was to lead to me to obtaining the clearance letter, and this -- it doesn't exist.

Q. Okay. Are there any other alleged acts of discrimination that you believe were perpetuated against you by St. John the Baptist Parish School Board on the basis of race?

A. Yes, I -- yes.

Q. What is the next one?

A. The next one is my compass teacher evaluation, which is filed with the Louisiana Department of Education, which was completed by Kendria Spears.

Q. Okay. I'm going to show you a document, which I'm going to label as Exhibit 11 and ask you, have you ever seen that document?

A. Yes, I've seen this document.

DONEGAN, BARTELL & HENRY
1-800-259-6519
POST OFFICE BOX 1293          FAX (985) 447-8895          POST OFFICE BOX 3498
100 WEST FIFTH STREET                                     7910 MAIN STREET
THIBODAUX, LA. 70302          www.dbhdepo.com             HOUMA, LA. 70361
PHONE: (985) 447-6519         Conference Rooms Available  PHONE: (985) 868-2265

she gave me this based on my being an African-American female. I said that she used this to retaliate against me for her belief that I turned them in for withholding lunch from students as a penalty, as a form of disciplinary actions.

Q. Okay. Now, we're getting into something different now. Because my original question was, cite for me specific examples where you believe you were discriminated against on the basis of your race. And the compass teacher evaluation was one of those things. Is it your testimony now that you don't believe that the compass evaluation, the results of the compass evaluation were because of your race? And you have to answer the question first, and then you can explain.

A. Repeat that question.

Q. Okay. I was going to do that anyway because I confused myself. I originally asked you to cite for me all specific examples where you believe you were the victim of racial discrimination by the St. John Parish School Board.

A. Um-hum. (Affirmative response)

Q. One of those specific examples you gave me was you stated you received a negative compass

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

evaluation the same way she did Ms. Dallas'?

A.   I'm not saying --

Q.   Well, you have to answer the question first.   That's why I repeated it.

A.   Repeat it again.

Q.   Okay.   We went through Kendria Spears.   I think we got that resolved.

A.   Um-hum.   (Affirmative response.)

Q.   Is it your testimony that you believe Quentina Timoll discriminated against you on the basis of race, and let's leave it at that?

A.   Yes.

Q.   Okay.   Has Ms. Tamole ever made any statements to you that were discriminatory on a racial basis?

A.   No.

Q.   So you're basing this solely on the fact that the Ms. Dallas complained about her compass evaluation and got a different result than from when you did it?

A.   Yes.

Q.   You have no other evidence besides that gut feeling that that's the reason why, that it's racial discrimination?

A.   Yes.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265