

# St. John the Baptist Parish School Board

## Making *A+* Difference:
### Accountability Assessment Achievement

**Clarence Triche**
Board President

**Keith Jones**
Vice-President

**Kevin R. George**
Superintendent

**BOARD MEMBERS**

**Russell Jack**
District No. 1
P.O. Box 75
Edgard, LA 70049
985-497-8395

**Albert Burl, III**
District No. 2
P.O. Box 593
Garyville, LA 70051
985-535-2969

**Gerald J. Keller, Ph.D.**
District No. 3
P.O. Box 347
Reserve, LA 70084
985-536-6570

**Patrick H. Sanders**
District No. 4
137 E. 31st Street
Reserve, LA 70084
985-536-4247

**Sherry DeFrancesch**
District No. 5
28 Holly Drive
LaPlace, LA 70068
504-628-2934

**Keith Jones**
District No. 6
P.O. Box 952
LaPlace, LA 70069
985-652-5170

**Phillip Johnson**
District No. 7
1117 Cinclair Loop
LaPlace, LA 70068
985-651-4290

**Russ Wise**
District No. 8
2131 Marion Drive
LaPlace, LA 70068
985-652-7211

**Lowell Bacas**
District No. 9
517 Parlange Loop
LaPlace, LA 70068
985-652-6882

**Rodney B. Nicholas, MAR**
District No. 10
2063 Lafitte Drive
LaPlace, LA 70068
504-818-8499

**Clarence Triche**
District No. 11
1614 Main Street
LaPlace, LA 70068
985-652-8183

July 28, 2014

*Mailed 7/29/14*

Ms. Joann Howard
8769 Sunnyside
LaPlace, LA 70068

RE:  EXTENDED SICK LEAVE REQUEST

Dear Ms. Howard:

I am in receipt of your request for Extended Sick Leave (ESL) for the period of August 4 - December 31, 2014.  St. John School Board Policy GBRIB "Sick Leave – Extended Sick Leave – Application Process" allows the Superintendent to question the validity of the medical certification.  We are therefore requiring a second opinion with a doctor of our choice.  Please contact Dr. Jose Cusco, 502 Rue de Sante, Suite 308, LaPlace, LA  70068 652-3500, for an appointment and take the attached documents from your physician to the visit.  Dr. Cusco will mail all documents directly to my attention.

This matter is of utmost importance and must be taken care of as soon as possible since it affects your salary. Upon receipt of the documentation you will receive notice as to whether or not your extended sick leave has been approved.

Sincerely,

Page Eschette
Human Resources Director

PE/dmd

attachments