☒ No Drug Screen Needed   ☐ DOT Urine   ☐ Non-DOT Urine   ☐ Breath Alcohol   ☐ Blood Alcohol
☐ 5 Panel or ☐ 10 Panel

☒ Initial Examination           **RIVER PARISHES HOSPITAL**     Today's Date: 08/12/14
☐ Re-Check Examination                                          Date of Injury: 3/14

**Disposition**

Employee Name: Dana Howard                    Claim No. _____
Company: St John School Board                 Company Phone No. 985 536 1106
W/C Company: St John School Board   Phone: 985 536 1106   Fax: _____
Billing Address: PO Drawer AL Reserve LA 70084
                 Address                    City        State    Zip
Treatment Authorized By: Donna Cure    Date: _____   Time: _____

**HISTORY & EXAM:** Pt obviously distraught, claims harassment from supervisors, unreasonable workload due to disciplinary action.

Pt. at this time appears unable to function as a teacher due to emotional lability.

**DIAGNOSIS AND PLAN:** Recommend formal psychiatric evaluation prior to resumption of teaching duties, no working with children until cleared by a psychiatrist.

**MD ORDERS IN CLINIC:**

_____

☐ Able to continue regular work duties
☐ Unable to work        Dates: _____ To _____
☒ Light Duty  *See physical evaluation regarding work assignment below    Dates: 8/14/14 To cleared by psychiatrist.
no working with children until cleared
**Physical Restrictions** (Complete when employee is restricted from normal work duties)
☐ Limit lifting/carrying or pushing/pulling to: ☐ 0-5 lbs  ☐ 6-10 lbs  ☐ 11-25 lbs  ☐ 26-50 lbs  ☐ No lifting/carrying
☐ Operating dangerous machinery, including automobiles  ☐ Yes ☐ No
☐ Climbing  ☐ Yes ☐ No        ☐ Overhead work  ☐ Yes ☐ No
☐ Walking  ☐8 ☐7 ☐6 ☐5 ☐4 ☐3 ☐2 ☐1 (Hours)        ☐ Standing ☐8 ☐7 ☐6 ☐5 ☐4 ☐3 ☐2 ☐1 (Hours)
☐ Sitting  ☐8 ☐7 ☐6 ☐5 ☐4 ☐3 ☐2 ☐1 (Hours)
☐ Kneeling, Stooping ☐ Never ☐ Occasionally (1% - 33%) ☐ Frequently (34% - 66%) ☐ Constantly (67% - 100%)

DISCHARGED FROM OCC MED:        ☐ Yes  ☐ No
FOLLOW UP APPT.:   ☐ Yes: Date & Time: _____     ☐ No
REFERRED TO: _____ DATE & TIME: _____
        PHONE NUMBER: _____
PHYSICIAN SIGNATURE: _____ MD  DATE & TIME: 3/14/14

IC50705 1/11