

# St. John the Baptist Parish School Board

## Making A+ Difference:
### Accountability Assessment Achievement

**Clarence Triche**
Board President

**Keith Jones**
Vice-President

**Kevin R. George**
Superintendent

**BOARD MEMBERS**

**Russell Jack**
District No. 1
P.O. Box 75
Edgard, LA 70049
985-497-8395

**Albert Burl, III**
District No. 2
P.O. Box 593
Garyville, LA 70051
985-535-2969

**Gerald J. Keller, Ph.D.**
District No. 3
P.O. Box 347
Reserve, LA 70084
985-536-6570

**Patrick H. Sanders**
District No. 4
137 E. 31st Street
Reserve, LA 70084
985-536-4247

**Sherry DeFrancesch**
District No. 5
28 Holly Drive
LaPlace, LA 70068
504-628-2934

**Keith Jones**
District No. 6
P.O. Box 952
LaPlace, LA 70069
985-652-5170

**Phillip Johnson**
District No. 7
1117 Cinclair Loop
LaPlace, LA 70068
985-651-4290

**Russ Wise**
District No. 8
2131 Marion Drive
LaPlace, LA 70068
985-652-7211

**Lowell Bacas**
District No. 9
517 Parlange Loop
LaPlace, LA 70068
985-652-6882

**Rodney B. Nicholas, MAR**
District No. 10
2063 Lafitte Drive
LaPlace, LA 70068
504-818-8499

**Clarence Triche**
District No. 11
1614 Main Street
LaPlace, LA 70068
985-652-6193

August 12, 2014

Ms. Joann Howard
3616 Loyola Drive, Unit 273
Kenner, LA 70065

RE: MEDICAL SABBATICAL LEAVE

Dear Ms. Howard,

Your request for medical sabbatical leave was approved by me on behalf of Superintendent, Kevin George. Your sabbatical leave is effective for Fall 2014.

Per SJSB Policy *"Each person granted sabbatical leave will return to service for one (1) semester for each semester of leave upon completion of the sabbatical leave. As per statutory requirement, any employee taking sabbatical leave who fails to return to service in this School District upon expiration of the leave as specified above for any reason other than incapacitating illness as certified by two (2) physicians, shall forfeit all salary compensation received during the leave period. Every person on sabbatical leave shall notify the Superintendent of his/her intention to return to work not less than thirty (30) days prior to the beginning of the semester in which he/she expects to return."*

Before you return to work on January 5, 2014 you must follow the treatment plan from Dr. Cusco as evidenced on the attached Disposition form received August 12, 2014.

Sincerely,

Page Eschette
Director of Human Resources

/dmd

---

118 West 10th Street • P.O. Drawer AL • Reserve, Louisiana 70084 • PHONE: 985-536-1106 • 1-800-296-1106 • FAX: 985-536-1109
*An Equal Opportunity Employer*