

**EMPLOYEE INTENT FORM – 2015-2016 SCHOOL TERM**
MUST BE RETURNED TO THE SCHOOL OFFICE BY JANUARY 23, 2015

**COMPLETE ALL ITEMS**

Name:_____

Address:_____

Telephone #_____

School Site & Position:_____

*Please check __one (1)__ appropriate choice below and sign under that choice:*

☐   I intend to continue my employment with the St. John the Baptist Parish School System for the 2015-2016 school year.

_____          _____
Signature of employee                              Date

☐   I do not intend to continue my employment with the St. John the Baptist Parish School System for the 2015-2016 school year.  Please consider this my notification of ___ resignation  or ___ retirement, effective _____, 2015.

_____          _____
Signature of employee                              Date

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

St. John the Baptist Parish School Board
Personnel Department
P.O. Drawer AL
Reserve, LA 70084

Page E

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

### Important Reminders:

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

\# Certified letter for Intent to Return in may

no response in January in regular mail

7006 3450 0002 8416 2208

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dann Howard
616 Loyola D. Unit 273
enner LA 70065

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
5-20-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

USPS MAY 20 2015

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
Transfer from service label)   7006 3450 0002 8416 2208

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

U.S. POSTAL SERVICE
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $

Postmark Here

Sent To   Dann Howard
Street, Apt. No; or PO Box No.   3616 Loyola Dr Unit 273
City, State, ZIP+4   Kenner LA 70065

PS Form 3800, August 2006   See Reverse for Instructions