**Page Eschette**

**Subject:**                    FW: No Show -  August 5th

*Sent by principal*

**From:** Patricia Triche
**Sent:** Thursday, August 06, 2015 7:55 AM
**To:** Joann Howard
**Cc:** Page Eschette
**Subject:** No Show - August 5th

I would like some clarification of your status with a position at The Child Development Center.  I did not hear from you regarding your teaching position and you did not show up for work yesterday.  Is there something that I can help you with, or a situation that I need to know about?  It is our obligation as educators to prepare for our students.  Please let me know your intentions for this school year so that I can properly prepare for my students.

1