**LOUISIANA DEPARTMENT OF EDUCATION**
**Compass Information System**
**Compass**
**Evaluation Report**

School Session:     2012 - 2013

LEA:     048 - St. John the Baptist Parish

School:     048020 - Fifth Ward Elementary School

Employee:     JOANN M HOWARD

---

Evaluation Type:     T - Teacher

Overall Evaluation Rating:     Highly Effective (3.70)

Overall Professional Practice Rating:     Effective: Proficient (3.40)

Overall Student Growth Rating:     Highly Effective (4.00)
Value-Added Model (VAM) Rating:     Transitional student growth data is not yet available for this school year.
Student Learning Target Rating:     Highly Effective (4.00)

Intensive Assistance Required?     No

Evaluator General Comments:     According to the data collected, the teacher has earned the observation rating score above. This rating is approved based on all data and information submited being in alignment with school, district, and state policies.

Professional Practice Comments:

Student Growth Comments:

Date Evaluation Completed:     6/12/2013

Employee Acknowledgement Comments:

Employee Acknowledgement Date:

I have reviewed my final evaluation in its entirety.  I acknowledge that I have been given an opportunity to provide a written response and to discuss the evaluation results with my evaluator, upon my request.

Signatures (optional):

_____     _____
Employee Signature     Date

_____     _____
Evaluator/Supervisor Signature     Date