**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**JOANN HOWARD**                                                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 17-7142**

**ST. JOHN THE BAPTIST PUBLIC SCHOOL DISTRICT, ET AL.**   **SECTION "E" (3)**

**ORDER SETTING ORAL HEARING**

**IT IS ORDERED** that the **Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure [Doc. #24]** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, October 17, 2018 at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana.  Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 1st day of October, 2018.

**DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE**