**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOANN HOWARD** | * | **CIVIL ACTION:  17-7142** |
| **VERSUS** | * | **SECTION "F" (3)** |
| **ST. JOHN THE BAPTIST** | * | |
| **PARISH SCHOOL BOARD, ET AL** | | |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLAINTIFF'S RESPONSE TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel comes Plaintiff Joann Howard who

hereby files his Response to Defendant's Motion for Summary Judgment. Plaintiff submits that

pursuant to Federal Rules of Civil Procedure, Rule 56, Defendant's Motion For Summary

Judgment should be denied because Plaintiff has pled more than sufficient facts to provide

Defendants with notice of her claim.

Respectfully submitted;

*/S/Clarence Roby, JR.*
CLARENCE ROBY, JR.
3701 Canal Street. Ste U
New Orleans, LA 70119
504-486-7700

CERTIFICATE SERVICE

I hereby certify that a copy of the foregoing was served upon all parties who are

registered with the CM/ECF system for the United States District Court, Eastern District of

Louisiana on this 9th day October, 2018 and via First Class postage pre-paid.

*CLARENCE ROBY, JR.*