

# St. John the Baptist Parish School Board

**Keith A. Jones**
Board President

**Albert A. Burl, III**
Vice-President

**Kevin R. George**
Superintendent

**BOARD MEMBERS**

**Russell Jack**
District No. 1
PO Box 75
Edgard, LA 70049
985-497-8395

**Albert Burl, III**
District No. 2
PO Box 593
Garyville, LA 70051
504-628-0010

**Gerald J. Keller, Ph.D.**
District No. 3
PO Box 347
Reserve, LA 70084
985-536-6570

**Patrick H. Sanders**
District No. 4
137 E. 31st Street
Reserve, LA 780084
504-628-0306

**Sherry DeFrancesch**
District No. 5
28 Holly Drive
LaPlace, LA 70068
504-628-2934

**Keith Jones**
District No. 6
PO Box 952
LaPlace, LA 70068
985-652-5170

**Phillip Johnson**
District No. 7
1117 Cinclair Loop
LaPlace, LA 70068
985-651-4290

**Russ Wise**
District No. 8
2131 Marion Drive
LaPlace, LA 70068
985-652-7211

**Shawn Wallace**
District No. 9
1604 Cambridge Drive
LaPlace, LA 70068
985-212-5360

**Rodney B. Nicholas**
District No. 10
2063 Lafitte Drive
LaPlace, LA 70068
504-818-8499

**Clarence Triche**
District No. 11
1614 Main Street
LaPlace, LA 70068
985-652-6193

## Making A+ Difference

### Accountability    Assessment    Achievement

August 17, 2015

MAILED VIA CERTIFIED AND
REGULAR MAIL THROUGH THE U.S.
POSTAL SERVICE

Ms. Joann Howard
3616 Loyola Drive
Unit #273
Kenner, Louisiana 70065

Dear Ms. Howard,

It has come to our attention that you have not returned your job with St. John the Baptist Parish for the 2015-2016 school year.

According to St. John the Baptist Parish School Board Policies employees may be terminated after 10 days of absence when there is no communication from the employee. Please be advised that your employment with St. John School has been terminated effective today, August 18, 2015.

Sincerely,

Page Eschette
Human Resources Director

PE/nb

**EXHIBIT**

1

118 West 10th Street • P.O. Drawer AL • Reserve, Louisiana 70084 • PHONE: 985-536-1106 • 1-800-296-1106 • FAX: 985-536-1109
*An Equal Opportunity Employer*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

St. John the Baptist Parish School Board
Personnel Department
P.O. Drawer AL
Reserve, LA 70084

Page E

### Certified Mail Provides:
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

### Important Reminders:
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

\* Certified letter for Intent to Return in may

no response in January in regular mail

### SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dann Howard
3016 Loyola D. Unit
273
Kenner LA 70065

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Dann Howard   5-20-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

USPS KENNER MAY 20 2015

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 3450 0002 8416 2208

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

7006 3450 0002 8416 2208

### U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Sent To   Dann Howard
Street, Apt. No.; or PO Box No.   3616 Loyola Dr. Unit 273
City, State, ZIP+4   Kenner LA 70065

Postmark Here

PS Form 3800, August 2006   See Reverse for Instructions

**Page Eschette**

**Subject:**                          FW: No Show - August 5th

**From:** Patricia Triche
**Sent:** Thursday, August 06, 2015 7:55 AM
**To:** Joann Howard
**Cc:** Page Eschette
**Subject:** No Show - August 5th

I would like some clarification of your status with a position at The Child Development Center. I did not hear from you regarding your teaching position and you did not show up for work yesterday. Is there something that I can help you with, or a situation that I need to know about? It is our obligation as educators to prepare for our students. Please let me know your intentions for this school year so that I can properly prepare for my students.