## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

JOANN HOWARD          *         CIVIL ACTION: 17-7142

VERSUS            *         SECTION "F" (3)

ST. JOHN THE BAPTIST     *
PARISH SCHOOL BOARD, ET AL

                         *

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## AFFIDAVIT

PARISH OF ORLEANS

STATE OF LOUISIANA

**BEFORE ME,** the undersigned authority, duly commissioned and qualified in and for the Parish aforesaid, State of Louisiana,

**PERSONALLY CAME AND APPEARED:**

**JOANN HOWARD,** a resident of Jefferson Parish, Louisiana, of full age of majority, **WHO,** after being duly sworn, did attest to the truth of the below listed information:

**THAT** she's an African American citizen of the United States America residing in the State of Louisiana.

**THAT** she filed a formal complaint against St. John Then Baptist Parish School Board regarding unethical and professional treatment regarding her employment as a tenured teacher.



EXHIBIT

2

**THAT** as a result of working in a hostile environment and subjected to harassment and retaliation she experienced severe depresion and anxiety reulting in her taking a medical sabbatical leave from work.

**THAT** is complied at all times with the requirements for persons off work pusuant to a medical subbatical leave.

**THAT** she has a claim pursuant to America Disability Act (ADA).

**THAT** at no time during the academic school year of 2013-2014 did she abandon her tenured position as a teacher with St. John The Baptist Parish School Board.

**THAT** she was subjected to race discrimination and retaliation by the Defendants, St. John Baptist School Board.

JOANN HOWARD

SWORN TO AND SUBSCRIBED ON

THIS ___ DAY OF OCTOBER, 2018.

_____
CLARENCE ROBY, JR-LSB # 20345
NOTARY PUBLIC