☒ No Drug Screen Needed    ☐ DOT Urine    ☐ Non-DOT Urine    ☐ Breath Alcohol    ☐ Blood Alcohol
☐ 5 Panel or ☐ 10 Panel

☒ Initial Examination
☐ Re-Check Examination

**RIVER PARISHES HOSPITAL**

Today's Date: 08/12/14
Date of Injury: 3/14

**Disposition**

Employee Name: Dana Howard
Company: St. John School Board
W/C Company: St. John School Board    Phone: 985 536 1106    Fax: _____
Company Phone No. 985 536 1106
Billing Address: PO Drawer AL    Reserve LA 70084
Treatment Authorized By: Donna Cure    Date: _____    Time: _____

HISTORY & EXAM:
Pt obviously distraught, claims harrassment from supervisor, unreasonable workload due to disciplinary action.

Pt. at this time appears unable to function as a teacher due to emotional lability.

DIAGNOSIS AND PLAN: Recommend formal psychiatric evaluation prior to resumption of teaching duties, no working with children until cleared by a psychiatrist.

MD ORDERS IN CLINIC:

☐ Able to continue regular work duties
☐ Unable to work    Dates: _____ To _____
☒ Light Duty *See physical evaluation regarding work assignment below    Dates: 3/14/14 To cleared by psychiatrist.
no working with children until cleared
Physical Restrictions (Complete when employee is restricted from normal work duties)
☐ Limit lifting/carrying or pushing/pulling to: ☐ 0-5 lbs ☐ 6-10 lbs ☐ 11-25 lbs ☐ 26-50 lbs ☐ No lifting/carrying
☐ Operating dangerous machinery, including automobiles ☐ Yes ☐ No
☐ Climbing ☐ Yes ☐ No    ☐ Overhead work    ☐ Yes ☐ No
☐ Walking ☐ 8 ☐ 7 ☐ 6 ☐ 5 ☐ 4 ☐ 3 ☐ 2 ☐ 1 (Hours)    ☐ Standing ☐ 8 ☐ 7 ☐ 6 ☐ 5 ☐ 4 ☐ 3 ☐ 2 ☐ 1 (Hours)
☐ Sitting ☐ 8 ☐ 7 ☐ 6 ☐ 5 ☐ 4 ☐ 3 ☐ 2 ☐ 1 (Hours)
☐ Kneeling, Stooping ☐ Never ☐ Occasionally (1% - 33%) ☐ Frequently (34% - 66%) ☐ Constantly (67% - 100%)

DISCHARGED FROM OCC MED:    ☐ Yes ☐ No
FOLLOW UP APPT.:    ☐ Yes: Date & Time: _____    ☐ No
REFERRED TO: _____    DATE & TIME: _____
PHONE NUMBER: _____
PHYSICIAN SIGNATURE: _____    MD DATE & TIME: 3/14/14

:050705 1/11

EXHIBIT
3