UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOANN HOWARD

VERSUS

NUMBER 17-742          DIVISION:  "F(3)"

ST. JOHN THE BAPTIST PARISH SCHOOL BOARD, ET AL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of, **SUPERINTENDENT KEVIN GEORGE**, taken at the St. John the Baptist Parish School Board Office, located at 118 West 10th Street, Reserve, LA  70084, on Monday, September 10, 2018.

ORIGINAL

EXHIBIT
4

REPORTED BY:  DONNA FALGOUST
              CERTIFIED COURT REPORTER

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

that.  So, do I recall?  No, I don't recall.

Q.  Okay.  And this takes me to my second question, and I guess you don't recall.  You do not recall participating in authoring a position paper or a response to any underlying allegations that Ms. Howard would have raised, correct?

A.  Right.  I don't recall that.

Q.  Likewise, while you're checking your emails, if you locate any emails regarding the E.E.O. investigations, could you likewise provide those to your lawyer?

A.  Yes.  That wouldn't be a problem.

Q.  And that would be any emails that you either directed or were sent to you by either Page Eschette or any other subordinate in the district concerning her E.E.O.C. complaint?

A.  Yes.

Q.  Were you made aware of a sabbatical leave that Ms. Howard was seeking after May of '14 or June of '14?

MR. KLIBERT:

Was he made aware of it after May of '14?

MR. ROBY:

Yes.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

BY MR. ROBY:

Q.   Let me ask the question a little bit more artfully.  I believe at some point in time, the end of the academic year of June of 2014, Ms. Howard may have sought a sabbatical leave. Were you made aware of that?

A.   I don't recall.

Q.   For academic year of 2014-2015, do you remember what the policy was for employees who were seeking a sabbatical medical leave?

A.   I have a general awareness of our policy, but we have an H.R. director who handles that, yes.

Q.   And that wouldn't have been a decision that you would have participated in?

A.   The H.R. director knows all the policies. Only if there is some question about how to interpret a policy would she bring those things to me. So generally speaking, sabbaticals would go through our H.R. Department.  I would give the final approval, but that is something that our H.R. Department handles.  And like I said, I have a general awareness of how the policy works.

Q.   In 2014, what was required in order for an employee to receive a sabbatical medical leave?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

A.   I would have to go to our 2014 policy and review that.  We change our policies by state statutes all the time.  So, I can't tell you what it was in 2014.

A.   Was there a distinction between a sabbatical medical leave versus a general medical leave?

A.   I'm not sure.

Q.   And your H.R. director during that relevant period, 2014-2015 was Page Eschette?

A.   Yes.

Q.   And it's your testimony that she would have been the person who would have made the decision absent a question in interpreting the statute?

A.   She would -- I want to make sure I characterize this properly.

Q.   Sure.

A.   H.R. handles all of these types of requests.  And then they -- when they get the information together, they bring in a recommendation saying, hey, all these are fine, but I have a question on this, so we may need to get legal involved in this part because there are many different scenarios that happen out there.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

So with all that said, H.R. makes that determination about whether that person meets all of the requirements. And if there's a question, then it's brought to my attention.

Q. Do you remember an issue that Ms. Howard had regarding receiving her sabbatical medical leave?

A. No, I don't recall.

Q. Were you ever told that she was seeking leave based on a doctor's recommendation due to stress?

A. I don't recall that. I don't recall.

Q. Do you recall anything regarding why she was seeking some leave from the school district after the 2014 academic school year?

A. No, I do not.

Q. Were you ever presented any medical information or documentation by Ms. Eschette or anyone else employed with the district that concerned issues or questions that they may have had regarding Ms. Howard's request for sabbatical medical leave?

A. I don't recall that.

Q. Do you recall being engaged in a conversation, and I'm not asking you the substance

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

recall, you wouldn't recall if someone told her that she needed additional medical information in order to return to gainful employment with the district at the time, correct?

A. Right. I don't recall that.

Q. Do you recall speaking with anyone in the district regarding Ms. Howard's employment status in August of '15?

A. No, I do not.

Q. Who made the determination to terminate Ms. Howard?

A. I'd have to review our documents.

Q. Were you told that she had abandoned her position as a teacher in the district?

A. Again, I would have to review her file to find out what happened.

Q. Okay. And if the documents that you would review suggest that she was terminated for abandonment of position, would that have been your decision to terminate her or would that have been someone in H.R.?

A. This is how it happens with a termination: Again, all the investigations happen before it gets to my desk. The H.R. director would give me a recommendation, and then I would review all the

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

25

require a second opinion. But I think the practice of it because it is expensive to do is that if it's obvious, again, as you so eloquently stated it how a doctor objectively says, hey, this is a broken bone or you have this issue with your body, then you know, we wouldn't move on with the seconds opinion.

But if it's something more, if it's more subjective, then we would want to get a second opinion from another professional to ensure that we're spending the public dollars properly.

Q. Fair. As you sit here today, do you remember participating in a decision to terminate Joann Howard for job abandonment?

A. I don't remember, but if someone was terminated, obviously I would be involved, yes. I don't specifically remember sitting down with my H.R. director and saying, hey, let's terminate. Again, that's why we would go back to her file and look at the information to remember.

Q. And so it's fair to say, any decisions that would have been made, you would have reviewed any and all relevant information prior to making a determination to terminate Ms. Howard?

A. I'm involved in all terminations, yes.

DONEGAN, BARTELL & HENRY
1-800-259-6519
POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

Q.    Page Eschette is no longer employed with the school district?

A.    No, she is not.

Q.    To the best of your recollection, what was her separation status?

A.    She retired.

Q.    Were you made aware of a complaint that had been lodged regarding one of your employees denying a student lunch as a form of punishment? And I think the incident, alleged incident, may have occurred in March of '14?

A.    Well, I just glanced at that on this letter.  So, this letter brought back some of that.  I didn't recall it, but I saw this on this letter, yes.

Q.    And in seeing that mention in the letter, as you sit here today, were you made aware that other personnel accused Joann Howard of disclosing that alleged incident to administration?

A.    I'm sorry.  Repeat that question?

Q.    Do you remember if any other school officials alleged that Ms. Howard disclosed that incident to administration?

A.    I'm unsure how to answer that question. You want to know, did -- ask that --

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

Q.  Yes.  We're on the same page.  I did tell you when we got started if I ask you something in some crazy convoluted manner that you don't understand, stop me.

A.  Sure.

Q.  So, I'll see if I get it right again.  If I don't, we'll work it out.

A.  Sure.

Q.  You've had an opportunity to review the August 21st letter?

A.  Yes.

Q.  Of '14?

A.  Yes.

Q.  And you recognized a certain incident in the letter that Ms. Howard brought to your attention by way of correspondence?

A.  Um-hum.  (Affirmative response.)

Q.  And my question to you was, part of the substance in the letter suggests that Ms. Howard was accused by certain personnel parties of disclosing the punishment, denial of the food to the child, to administration.

A.  Okay.

Q.  My question is, do you remember if anyone told you that she was the source or accused her of

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

being the source of that disclosure?

A. No, I don't recall that, but that's in the letter. So, you know, but I don't recall anyone coming to me saying, hey, Ms. Howard has accused administration of not allowing someone to have food. It was in the letter, so I guess that's why I was confused by the question.

Q. At the time of the academic school year of 2013/2014, Kendria Spears was the principal at the same school that Ms. Howard worked at, correct?

A. Yes.

Q. Do you remember having a conversation with Ms. Spears regarding the allegation concerning the food issue?

A. No, I don't recall.

Q. When were you first made aware of this lawsuit?

A. I don't recall when I was first made aware.

Q. Do you recall when you first notified your board of this litigation?

A. No. What generally happens when we receive a lawsuit, our secretary makes a copy of it, sends it to our attorney and our board and me, as well.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

Q.   But that's not one of your administrative functions as a superintendent?

A.   I would think it is.   Right.   That's why when my secretary receives it, she makes a copy, scans it, and sends it to the appropriate attorney, the board, and myself.

Q.   In your response to my interrogatories, Interrogatory Number 11, particularly, the question --

MR. KLIBERT:

And Number 11 is "Please state who authorized plaintiff's termination"?

MR. ROBY:

Correct.

BY MR. ROBY:

Q.   And the answer that was provided on your behalf was, "Ms. Howard was not terminated. Rather, she abandoned her position after not returning after a medical sabbatical."   What is that based on?

A.   This would have to be based on the information that's in her file.   If she abandoned her position, then she abandoned her position. And once you do abandon your position, you do go through a process of removing her from the system,

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

33

disagrees with an evaluation, they have to report it to the H.R. director who would then begin an investigation of the evaluation depending on what specifically the teacher or the employee had an issue with, so --

Q. And you may have already answered my next question. So other than what you would deem as the process, you don't have any independent recollection as to what was specifically done concerning Ms. Howard's concerns regarding her evaluation, do you?

A. No, I don't. That is handled through H.R. and any other relevant bodies that work under me, yes.

Q. So, according to protocol and your policy, H.R. should have some documentation illustrating that the protocol was followed --

A. Correct.

Q. -- concerning her complaints?

A. Yes.

Q. And so to the extent that Ms. Howard identified a litany of concerns, for lack of a better word, there should be some documentation showing a response to those concerns, according to your usual policy at that time?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

A. It is.

Q. Okay. And it has a signature block of Attorney Willie M. Zanders, Sr., and I know Willie, but I can't verify the authenticity of this letter because it doesn't bear his physical signature. But take a look at these two documents, and the email is addressed to you from Ms. Howard, dated Monday, September 15, 2014, to your attention and Ms. Tamole?

A. Yes.

Q. Okay. So when you're looking for those documents, I would appreciate if you could, that timeframe -- a reference might assist in some review for an attempt to locate the documentation. I know with emails it's always good for me to try to narrow down a window.

A. Um-hum. (Affirmative response.)

Q. So we've had a brief conversation off the record. I had originally identified two documents, correspondence from Attorney Willie Zanders, dated August 5th of '14, an email referencing the certified attachment from Ms. Howard to you dated September 15th, and I've also located a certified return receipt signed by -- I can't read the signature, but it's addressed

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

43

to you, and it's a copy of an attachment.  And I will list that, as well, Howard 2 in globo.

The certified notice is in reference to the August 21st, '14 letter that's stamped received August 29th, '14, and the date on the certified is also dated August 29 of '14, bearing the return receipt identification.

So, I'm going to attach that exhibit sticker, and I believe, Mr. George I have no further questions.  Your lawyer may have some questions for you, like he may not.

MR. KLIBERT:

I do not, but I will clarify for the record that during the course of the deposition we've agreed to provide you with certain things without the necessity of you making a written request.  And to clarify what those things are, they are Mr. George's emails or notes of the results of the investigation.  I'm trying to clarify which investigation.

MR. ROBY:

Any investigation that was conducted regarding Ms. Howard's medical leave --

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

MR. KLIBERT:

And abandonment/termination?

MR. ROBY;

And abandonment/termination.

MR. KLIBERT:

And retaliation.

MR. ROBY:

And retaliation, correct.

MR. KLIBERT:

Also, Mr. George is going to locate any emails that he has regarding the E.E.O.C. investigation and the results thereof.  He is going to also try to locate a report regarding the recommendation for termination for job abandonment.

And we've agreed to provide you with a copy of Ms. Howard's personnel file.  You talked about but did not specifically request -- Mr. George talked about the grievance process.  I can certify to you after talking to people that she never filed a grievance.  So, there is no grievance form for us to provide you with.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

MR. ROBY:

Regarding the evaluation?

MR. KLIBERT:

Correct. And when I say grievance, I'm talking about the specific grievance process that's set forth in the Collective Bargaining Agreement. That was never done, so we don't have that to give you. But everything else we'll provide to you within the next couple of days.

THE WITNESS:

Sure. Yes.

MR. ROBY:

That's it.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265