# PROCEEDINGS OF THE ST. JOHN THE BAPTIST PARISH SCHOOL BOARD
## RESERVE, LA – MEETING OF SEPTEMBER 4, 2014

ITEM 1: The Chair called the meeting to order and read the following call:

HONORABLE MEMBERS OF THE SCHOOL BOARD
Parish of St. John the Baptist

Dear Board Member:

Upon call of the President, the St. John the Baptist Parish School Board will meet in special session at at Godchaux Grammar Cafeteria, 1600 Highway 44, Reserve, Louisiana, on Thursday, September 4, 2014, at 6:00 p.m.

An agenda for the meeting is attached.

Sincerely, s/Kevin R. George
Superintendent/Secretary

The Chair called for the invocation, followed by the Pledge of Allegiance.

ITEM 2. ROLL CALL OF MEMBERS:

There were 8 members present, 3 absent.

| Board | Yes | No | Absent | Abstention |
|---|---|---|---|---|
| Jack | 1 | | | |
| Burl | 1 | | | |
| Keller | 1 | | | |
| Sanders | 1 | | | |
| DeFrancesch | | | 1 | |
| Jones | | | 1 | |
| Johnson | 1 | | | |
| Wise | | | 1 | |
| Bacas | 1 | | | |
| Nicholas | 1 | | | |
| Triche | 1 | | | |
| | 8 | 0 | 3 | 0 |

ITEM 3. Approval of Minutes – Meeting of August 21, 2014.

MOTION BY: Mr. Keller
SECOND BY: Mr. Johnson
MOTION:   To approve the minutes of the meeting of August 21, 2014.
No objections.
The motion carried.

| Board | Yes | No | Absent | Abstention |
|---|---|---|---|---|
| Jack | 1 | | | |
| Burl | 1 | | | |
| Sanders | 1 | | | |
| Keller | 1 | | | |
| DeFrancesch | | 1 | | |
| Jones | | 1 | | |
| Johnson | 1 | | | |
| Wise | | 1 | | |
| Bacas | 1 | | | |
| Nicholas | 1 | | | |
| Triche | 1 | | | |
| | 8 | 3 | 0 | 0 |



EXHIBIT
5

ITEM 4. SUPERINTENDENT'S REPORT. Mr. Kevin R. George, Superintendent.

Mrs. Quentina Timoll, Assistant Superintendent of Curriculum – Update on Curriculum – The following information was shared with the board and public:

## SJBP Curriculum Update

Quontina Timoll
Assistant Superintendent of Curriculum and Instruction
St. John the Baptist Parish Public Schools
SY 2014 – 2015 ~ 9.4.2014

Academic Strategy SY 2014-15 – To ensure each student reaches his or her full academic potential, our academic plan concentrates on "Moving Every Student" by focusing on four classroom instructional pillars: Learning Targets (student, teacher, leader, and district), Curriculum and Assessment, Collaboration, and Observation and Feedback. Developing systems, structures, and supports to facilitate educator efficacy is the overall aim of district administration.

### SJBP Curriculum Framework (Textbook Selections)

**English Language Arts**

| Grade-level | Core Curriculum | Additional / Supplemental Resources |
|---|---|---|
| Kindergarten – 3rd Grade | LDOE ELA Guidebook & Core Knowledge | Reading Street |
| 4th – 5th Grade | LDOE ELA Guidebook | Reading Street/School Choice |
| 6th – 8th Grade | LDOE ELA Guidebook | Grammar for Writing |
| 9th -12th Grade | LDOE ELA Guidebook | School Choice/Curriculum Portal |

* The Louisiana Department of Education's Guidebooks contains units with lessons based on activities to increase reading comprehension and speaking and listening skills (K-3) and classic and modern literature that integrate reading, writing, grammar, speaking and listening skills (4-12). Students will read, discuss, and write about complex texts in class on a daily basis.
* Core Knowledge Language Arts is a textbook series that teaches basic foundational skills in reading and writing. Children practice blending (reading) and segmenting (spelling) using the sound spellings they have learned. Handwriting, spelling, and the writing process are all addressed by Core Knowledge Language Arts.
* Grammar for Writing is a textbook series that provides simple, systematic three-step lessons on grammar, usage, and mechanics make learning and teaching quick and easy and can be flexibly used with any reading or language arts program.

**Math**

| Grade-level | Core Curriculum | Additional / Supplemental Resources |
|---|---|---|
| Kindergarten – 3rd Grade | Eureka Math & LDOE Math Guidebook | Envision Online |
| 4th – 5th Grade | Eureka Math & LDOE Math Guidebook | Accelerated Math |
| 6th – 8th Grade | Eureka Math & LDOE Math Guidebook | Accelerated Math |
| 9th -12th Grade | Eureka Math & LDOE Math Guidebook | School Choice/Curriculum Portal |

* Eureka Math was the only math curriculum to receive the Louisiana Department of Education's top (Tier 1) rating. This curriculum concentrates on teaching a more focused set of major math concepts and skills, allows students time to master key math concepts and skills in a more organized way throughout the year and from one grade to the next, and requires teachers to use rich and challenging math content to engage students in solving real-world problems in order to inspire greater interest in mathematics. Teacher manuals & one student workbook was purchased for all teachers. Teachers have been instructed to make copies of student workbook pages to support classroom instruction.
* The LDOE Math Guidebook is meant to support teachers in supplementing math instruction for students. Models are provided as a starting point for teams of teachers to use in planning for the unique needs of their students by addressing gap skills students may experience with the common core state standards.

**Science**

| Grade-level | Core Curriculum | Additional / Supplemental Resources |
|---|---|---|
| Kindergarten – 5th Grade | Harcourt | School Choice/Curriculum Portal |
| 6th – 8th Grade | Pearson/Louisiana Interactive Science | |
| 9th -12th Grade | Various subject/content textbooks aligned to support Grade-level expectations (GLEs) | |

**Social Studies**

| Grade-level | Core Curriculum | Additional / Supplemental Resources |
|---|---|---|
| Kindergarten – 5th Grade | Scott Foresman | School Choice/Curriculum Portal |
| 6th – 8th Grade | Holt World History | |
| 9th -12th Grade | Various subject/content textbooks aligned to support Grade-level expectations (GLEs) | |

GLEs are the state standards for science and social studies; therefore, students have access to textbooks and curriculum resources aligned to the GLE standards.

**District Support:**
* Grade-level / subject specific professional learning opportunities provided monthly (after school with stipend pay)
* Curriculum pacing & resource guidance with grade-level and subject specific scope and sequence in district curriculum portal
* District teacher leaders led by district curriculum facilitators wrote curriculum & resource guidance documents
* Parent ELA & Math letters and resource website
* District leaders observation and feedback to teachers/ schools through District Support Strategy

**Next Steps:**
* All schools (cross-district grade-level & subject) job embedded professional learning opportunities (Sept. 15, Jan. 5, Feb. 9)
* Homework guidance provided to all Math/ELA grade-level to support students' basic computation & gap skills
* Populate parent resource page with more Common Core parental support resources

**Vision:**
The SJBP School District strives to be an exemplary district working "As One" to fulfill the educational needs of our students and community.

**Mission Statement:**
"Top Ten School District in Five Years"

**Core Beliefs:**
1. SJBP will work "As One" to become a Top Ten School District by challenging all stakeholders to become actively involved in the teaching and learning process to promote student achievement and a culture of lifelong learners.
2. All stakeholders will become active participants in creating an environment which ensures all students acquire the necessary skills, knowledge, and behaviors for success.
3. All students will be equipped with the necessary skills to become productive citizens and compete in the global economy.

**SJBP Curriculum Website**
http://www.stjohn.k12.la.us/pages/SJBPDepartments/Curriculum

**SJBP Parent Website**
http://www.stjohn.k12.la.us/pages/SJBP/Parents_Students

SJBP Curriculum Update

Keith Jones arrived at 6:08 p.m. and was recorded as present.

Sherry DeFrancesch arrived at 6:12 p.m. and was recorded as present.

Mrs. Timoll stated that regarding math, there are multiple ways we are transitioning. We have adopted "Eureka Math", which is the only resource completely aligned with Common Core.

Patrick Sanders asked if the board would get the results of the survey that went out last week to all teachers regarding Eureka Math Instruction. Ms. Timoll stated that the board would have the information next week.

Ali Burl stated that he received a call from the library and they want to meet with administration. They have gotten in a lot of resources and books aligned with Common Core. Mrs. Timoll stated that Mrs. Lanette Perrin has reached out to the library and in turn has communicated that information to the principals.

Mr. Jack asked if the students have books to go home. Mrs. Timoll stated that administration does not dictate whether or not the books can go home. Principals make that decision, but administration has advised the principals to provide something for the students to work with at home.

Dr. Keller asked if there is computer software to support the new curriculum? Mrs. Timoll stated that Envision Online and Accelerated Math are both computer software programs that are aligned with the curriculum.

a. Transportation Update

Mr. George gave the floor to Transportation Director Steve Vales. Mr. Vales stated:  The school year started very well.  The transportation hotline has been dealing with lots of phone calls to deal with transportation issues.  As routes are updated, the website will reflect the changes regarding bus stop locations, route changes, etc.  To assist schools, the transportation dept. is now sending a bus change document every morning and every afternoon to all principals and secretaries.  Also with HeadStart, transportation has worked with them to make the routes more efficient and added an additional bus in an effort to reduce ride times for the young children.  As for professional development, we will be meeting here at the SB office when the teachers have PD, bus driver will meet as well, in an effort to assure that our drivers are in full compliance.

b. Student Enrollment Update

Before turning the floor over to Mr. Oubre, Mr. George stated that safety precautions have been taken at all schools that were affected by the contaminated water.  All sites have tested at the required chlorine level with the exception of St. John Alternative School and East St. John High, both at the Leon Godchaux site.  Even though we were told that the water is safe to drink, we will continue to cover our fountains.  We made the decision to put drinking water in the school, along with extra monitoring of students when washing hands, particularly the young ones.

Mr. George gave the floor to Child Welfare and Attendance Director Elton Oubre.  Mr. Oubre stated that our enrollment numbers are beginning to stabilize.  We have roughly 15 students more than last year at this time. The goal is to do a final analysis in the coming weeks in preparation of the Oct. 1st count.

ITEM 5.  EDUCATIONAL PRESENTATIONS AND RECOGNITIONS BY THE BOARD OR STAFF

ITEM 6.  PERSONNEL MATTERS – None.

ITEM 7.  BUSINESS AND FINANCE

ITEM 7a.  Mr. Felix Boughton – Motion to declare water contamination an emergency.

MOTION BY:  Mr. Burl
SECOND BY:  Entire Board
MOTION:  To declare the water contamination an emergency.
No objections.
The motion carried.

| Board | Yes | No | Absent | Abstention |
|---|---|---|---|---|
| Jack | 1 | | | |
| Burl | 1 | | | |
| Sanders | 1 | | | |
| Keller | 1 | | | |
| DeFrancesch | 1 | | | |
| Jones | 1 | | | |
| Johnson | 1 | | | |
| Wise | | | 1 | |
| Bacas | 1 | | | |
| Nicholas | 1 | | | |
| Triche | 1 | | | |
| | 10 | 0 | 1 | 0 |

Mr. Boughton stated that if estimates hold up we will spend roughly $17,500 on drinking water for all sites.

ITEM 8.  OLD BUSINESS



ITEM 8a.  Ms. Page Eschette – Request Approval of Policies:  BCB:  Rules of Procedure; EBBD: Emergency Closing of Schools; GAJ:  Gifts; GBA:  Contracts and Compensation; GBI:  Evaluation of

Personnel; GBJ: Promotion; GBK: Employee Discipline; GBL: Tenure; GBN: Dismissal of Employees; GBRIB: Sick Leave; KG: Use of Facilities

MOTION BY:  Mr. Jones
SECOND BY:  Mr. Bacas
MOTION:  To approve policies:  BCB:  Rules of Procedure; EBBD: Emergency Closing of Schools; GAJ:  Gifts; GBA:  Contracts and Compensation; GBI:  Evaluation of Personnel; GBJ: Promotion; GBK: Employee Discipline; GBL: Tenure; GBN: Dismissal of Employees; GBRIB: Sick Leave; KG: Use of Facilities.
No objections
The motion carried.

Following discussion, upon roll call there were:

| Board | Yes | No | Absent | Abstention |
|---|---|---|---|---|
| Jack | | | | 1 |
| Burl | 1 | | | |
| Sanders | 1 | | | |
| Keller | 1 | | | |
| DeFrancesch | 1 | | | |
| Jones | | | 1 | |
| Johnson | 1 | | | |
| Wise | | | 1 | |
| Bacas | | | 1 | |
| Nicholas | 1 | | | |
| Triche | 1 | | | |
| | 7 | 0 | 3 | 1 |

-------------------------------------------------------------

**FILE:  BCB:  RULES OF PROCEDURE**

The St. John the Baptist Parish School Board has adopted the following Rules of Procedure in order to facilitate the conduction of Board business:

1.     TIME, PLACE AND AGENDA OF REGULAR SCHOOL BOARD MEETINGS

A.     The St. John the Baptist Parish School Board shall hold regular meetings of the Board at 6:00 P.M. on the first and third Thursday of the month, to consider those items contained on the agenda prepared for that meeting, and each meeting shall be conducted in accordance with these Rules of Procedure.

B.     Except as otherwise provided in these Rules of Procedure, all meetings of the School Board shall be held at its domicile and offices at 104 West 10th Street, Reserve, Louisiana.  Once every six (6) months, however, regular meetings shall be held at a West Bank school site.  (Last meeting in January and last meeting in July.)  Upon Board approval a change to the venue of any regular scheduled meeting can be made.

C.     A regular meeting of the Board may be cancelled, or time and place thereof changed, by a motion or duly adopted at a regular or special meeting of the Board. Notice of such change and notice of the agenda for any regular Board meeting shall be given by:

1)     Posting a copy of the notice, and agenda, on the front door of the School Board office; or by publication of same in the official journal of the School Board no less than twenty-four (24) hours before the meeting; and,

2)     Electronically mailing a copy of the notice, and agenda, to any member of the news media who requests notice of such meetings; any such member of the news media shall be given notice of all meetings in the same manner as is given to members of the School Board.

3)     Providing notice and a copy of the agenda on the Board's official website no less than twenty-four (24) hours immediately preceding the meeting.

D.     At any regular meeting of the Board, no business may be transacted which does not come within the purpose or purposes set forth in the agenda for the meeting, except upon *unanimous approval of the members of the Board present* at that meeting.  The motion to add an item not on the agenda shall identify the item with reasonable specificity, including the purpose for the proposed addition to the agenda, and shall be entered into the minutes.  In keeping with state law and Board policy, prior to any vote to add an item to the agenda, there shall be an opportunity for public comment on the motion.

2.     SPECIAL MEETINGS OF THE BOARD

A.     Special meetings of the Board may be called only by the President or by a majority of the entire Board except that, when the President is out of the parish, ill, or otherwise unavailable, the Vice President of the board may call a special meeting of the Board.

B.     No special meeting may be called except upon written notice to the members of the School Board, Superintendent, and public or by a motion adopted at an official School Board meeting. Such written notice must be signed by the President, Vice President, or a majority of the members of the entire School Board, as the case may be.  Such written notice must be electronically mailed at least twenty-four (24) hours prior to the time of such special meeting.  In the event that electronic mail is not available, other options of delivery include: United States mail (postage prepaid) or hand delivery; additionally, the Superintendent shall attempt to contact all School Board Members by telephone.  Such written notice shall also be posted on the front door of the

FILE: GBK: EMPLOYEE DISCIPLINE

The Superintendent and ~~the employee's supervisors~~ his/her designee shall possess the authority to discipline employees when an employee's behavior warrants such action. A principal shall have the authority to ~~discipline all~~ recommend to the Superintendent when appropriate that employees at the school in which he/she is employed should be disciplined.

Discipline of an employee shall be progressive in nature such that penalties for poor job performance or broken rules become increasingly harsh as similar or related conditions continue or infractions are repeated. Such progressive discipline, however, shall not inhibit the Superintendent's authority or, in the case of certain employees, the School Board's authority, to discipline, suspend, or terminate an employee based on the circumstances of any single event. Documentation of employee behavior, employee performance and any disciplinary action taken shall be properly and thoroughly recorded.

Should any disciplinary measure become necessary, any documentation shall be considered *confidential* and treated in accordance with statutory provisions and School Board policy.

TEACHERS

Hearing procedures are statutorily required for certain disciplinary actions for teachers as defined below. However, such procedures do not prevent the Superintendent and/or principal from taking other disciplinary measures which do not require a hearing, as he/she feels appropriate.

Definitions

For the purpose of this section:

*Discipline* and *disciplinary action* shall include only suspension without pay, reduction in pay, involuntary demotion, or dismissal.

*Written notice* shall be considered given when the notice is hand delivered to the teacher, or on the day it is delivered to the teacher by registered mail, certified mail, or a commercial courier.

SUSPENSION

Non-Tenured Teachers

The Superintendent may take disciplinary action against any non-tenured teacher after providing such teacher with the written reasons therefor and providing the teacher the opportunity to respond. The teacher shall have seven (7) days to respond, and such response shall be included in the teacher's personnel file. The Superintendent shall notify the teacher in writing of his/her final decision. The teacher shall not be entitled to a hearing before the School Board.

Within sixty (60) days of such notice, the teacher may seek summary review in district court of whether or not the Superintendent's action was arbitrary or capricious.

 Tenured Teachers

~~The Superintendent shall have the authority to suspend tenured teachers without pay when the circumstances necessitate immediate action. The teacher may request a hearing as outlined in La. Rev. Stat. Ann. §17:443. Such request shall be made within seven (7) calendar days of the Superintendent's action of suspending the tenured teacher.~~

A teacher with tenure shall not be disciplined except upon written and signed charges by the Superintendent or his/her designee of poor performance, willful neglect of duty, incompetency, dishonesty, immorality, or of being a member of or contributing to any group, organization, movement, or corporation that is by law or injunction prohibited from operating in the state of Louisiana, and then only if furnished with a copy of such written charges and given the opportunity to respond.

The teacher shall have ten (10) calendar days from written notice of the charges to respond, in person or in writing. Following review of the teacher's response, the Superintendent may take *interim disciplinary action*, which may include placing the teacher on paid administrative leave. If the teacher has been arrested for a violation of any of the following: La. Rev. Stat. Ann. §§14:42 through 14:43.5, 14:80 through 14:81.5, any other sexual offense affecting minors, any of the crimes provided in La. Rev. Stat. Ann. §15:587.1, or any justified complaint of child abuse or neglect on file in the central registry pursuant to Children's Code Article 615, the administrative leave shall be without pay. Paid administrative leave shall not exceed fifty (50) days from notice of the Superintendent's interim decision.

Within ten (10) calendar days after written notice of the interim disciplinary action or within ten (10) calendar days after receipt of the teacher's response if no interim disciplinary action is taken, a teacher may request a hearing before a disciplinary hearing officer. If the teacher fails to timely request a hearing, the disciplinary action shall become final.

Upon request for a review hearing, the Superintendent shall randomly appoint a hearing officer from a list of persons previously approved by the School Board as *disciplinary hearing officers*. If the school district serves fewer than twenty thousand students, the School Board shall maintain a list of at least five (5) hearing officers. If the school district serves twenty thousand students or more, the School Board shall maintain a list of at least ten (10) hearing officers. All hearing officers shall be qualified to serve as a disciplinary hearing officer in accordance with state law. If the School Board fails to maintain such a list, the Superintendent may randomly appoint a hearing officer from a list of persons previously approved by the Louisiana Board of Elementary and Secondary Education.
Such hearing may be private or public, at the option of the teacher, and shall commence no sooner than ten (10) calendar days nor later than thirty (30) calendar days after receipt of the teacher's request for such hearing. The disciplinary hearing officer shall have the power to issue subpoenas, and shall conduct the hearing in accordance with procedures adopted by the School Board.

The teacher shall have the right to appear before the disciplinary hearing officer with witnesses on his/her behalf and with counsel of his/her selection. The disciplinary hearing officer shall hold a hearing and review on whether the interim decision of the Superintendent was arbitrary or capricious and shall either affirm or reverse the action of the Superintendent. The disciplinary hearing officer shall notify the Superintendent and the teacher of his/her final determination, with written reasons, within ten (10) days from the date of the hearing. If the Superintendent's disciplinary action is affirmed, it shall become effective upon the teacher's receipt of the decision of the disciplinary hearing officer. If the Superintendent's disciplinary action is reversed, the teacher shall be restored to duty.

Within sixty (60) days from the postmarked date of such written notification of the decision of the disciplinary hearing officer, the School Board or the teacher may petition a court of competent jurisdiction to review the matter as a summary proceeding.

The time periods contained above may be extended by mutual agreement of the parties.

BUS OPERATORS/CONTRACT APPOINTEES

The Superintendent shall have the authority to ~~suspend~~ discipline tenured bus operators and persons employed on performance contracts, including suspension with or without pay, when circumstances necessitate immediate action. If sufficient grounds for

suspension without pay are subsequently not found to exist by the School Board or Superintendent, the bus operator or contract appointee shall be reimbursed for any loss of compensation.

## NON-TENURED EMPLOYEES

The Superintendent shall have the authority to ~~suspend~~ discipline, including suspension, any non-tenured, non-contract employee with or without pay, when circumstances warrant such action.

New policy: November, 2006
Approved: October 15, 2009
Revised: October 18, 2012
Revised: July, 2014

Ref:    La. Rev. Stat. Ann. §§17:81, 17:81.8, 17:443; Reed v. Orleans Parish School Board, April 30, 1945, 21 So.2d 895; Frazier v. East Baton Rouge Parish School Board, App. 1 Cir. 1961, 128 So.2d 250; Board minutes, 10-15-09, 10-18-12.

## FILE: GBL: TENURE

### TEACHERS

A teacher who has acquired tenure before September 1, 2012 shall retain tenure, subject to the provisions of state law. Effective beginning on July 1, 2012, a teacher shall be rated *highly effective* for five (5) years within a six-year period pursuant to the *Personnel Evaluation Plan* adopted by the School Board in accordance with La. Rev. Stat. Ann. ' '17:3881 through 3905, to be granted tenure. The Superintendent shall notify a teacher, in writing, when tenure has been awarded and the teacher shall be deemed to have acquired tenure on the date specified therein.

~~Beginning with the 2013-2014 school year,~~ A tenured teacher who receives a performance rating of *ineffective* pursuant to the teacher's annual evaluation shall ~~immediately~~ lose his/her tenure and all rights related thereto immediately upon exhaustion of the grievance procedure outlined in '317 of Bulletin 130, *Regulations for Evaluation and Assessment of School Personnel*, unless the ineffective performance rating is reversed. Such rating shall constitute sufficient grounds for disciplinary action pursuant to La. Rev. Stat. Ann. '17:443. If a teacher is ~~rated~~ found *highly effective* based on the evidence of the growth portion of the evaluation but is ~~rated~~ found *ineffective* according to the observation portion, within thirty (30) days after such finding, the teacher shall be entitled to a second observation by members of a team of three (3) designees, chosen by the Superintendent, which shall not include the principal.

A teacher who loses tenure shall reacquire tenure if ~~any of the following applies:~~

1. ~~The teacher's *ineffective* performance rating is reversed pursuant to the procedures for resolving conflict contained in Bulletin 130, *Regulations for Evaluation and Assessment of School Personnel*, and the Board's grievance procedure. In such case, the teacher's tenure shall be immediately reinstated.~~

2. the teacher receives a performance rating of *highly effective* for five (5) years within a six-year period subsequent to receiving an *ineffective* rating.

### Teachers Paid with Federal Funds

A teacher paid with federal funds shall not be eligible to acquire tenure, nor shall time spent in employment paid with federal funds be counted toward the time required for acquisition of tenure.

### CONTRACT APPOINTEES

Any teacher who has acquired tenure and is promoted to a higher salaried position shall not be eligible to gain tenure in the position to which promoted, but shall retain any tenure acquired as a teacher.

Any person hired under a performance contract shall not be eligible to gain tenure.

### BUS OPERATORS

La. Rev. Stat. Ann. ' 17:492 specifies that bus operators shall serve a probationary term of three (3) years reckoned from the date of first employment with the School Board, provided bus operators personally operate and drive the school bus they are employed to operate. Upon absence of notification of dismissal by the School Board within the probationary period, the bus operator shall be granted tenure at the end of the probationary term. School bus operators hired on or after July 1, 2012 shall not be granted tenure.

### SCHOOL EMPLOYEES

No tenure is granted by law or School Board policy to school employees of the St. John the Baptist Parish School Board. *School employee* shall be defined as any employee whose job description does not require the holding of a teaching certificate or who is not employed as a bus driver.

Revised: November, 1985
Revised: October 18, 2012
Revised: July, 2014
Ref:    La. Rev. Stat. Ann. "13:3204, 17:82, 17:441, 17:442, 17:443, 17:444, 17:492, 17:493, 17:1213, 17:1217, 17:3881, 17:3882, 17:3883, 17:3884, 17:3901, 17:3902, 17:3903, 17:3904; Board minutes, 10-18-12.

## FILE: GBN: DISMISSAL OF EMPLOYEES

The St. John the Baptist Parish School Board shall strive to assist personnel in adjusting to their positions and performing their duties satisfactorily.

With the exception of lay-offs caused by programmatic changes, budget cuts, staff reorganizations, and/or other personnel actions reducing numbers of employees, no School Board employee shall be dismissed except as provided below. Any school employee shall be dismissed by the Superintendent or the School Board, in accordance with statutory provisions, upon final conviction or pleading *nolo contendere* of certain crimes enumerated in La. Rev. Stat. Ann. §15:587.1 and/or any other felony offense. In addition, employees may be dismissed for failure to properly report arrests for certain offenses enumerated in La. Rev. Stat. Ann. §17:16.

If an employee is absent for ten (10) or more days without explanation or approved leave, the School Board may consider the job as abandoned and the employee may be terminated, unless the employee can provide acceptable and verifiable evidence of extenuating circumstances. The Superintendent or his/her designee shall be responsible for determining acceptability of evidence of extenuating circumstances.

CERTIFICATED EMPLOYEES

Non-tenured Teachers

The Superintendent may terminate the employment of any non-tenured teacher after providing such teacher with the written reasons therefor and providing the teacher the opportunity to respond. The teacher shall have seven (7) days to respond, and such response shall be included in the teacher's personnel file. The Superintendent shall notify the teacher in writing of his/her final decision. The teacher shall not be entitled to a hearing before the School Board.

Within sixty (60) days of such notice, the teacher may seek summary review in district court of whether or not the Superintendent's action was arbitrary or capricious.

Tenured Teachers

A teacher with tenure shall not be removed from office except upon written and signed charges by the Superintendent or his/her designee of poor performance, willful neglect of duty, incompetency, dishonesty, immorality, or of being a member of or contributing to any group, organization, movement, or corporation that is by law or injunction prohibited from operating in the state of Louisiana, and then only if furnished with a copy of such written charges and given the opportunity to respond. Dismissal of a teacher with tenure shall be governed by the provisions for discipline of teachers with tenure as included in policy GBK, Discipline. The Superintendent shall provide the teacher with written charges, and the teacher shall have seven (7) days to respond. Such response shall be included in the teacher's personnel file. At the end of the seven (7) day time period, the Superintendent may terminate the teacher's employment.

A teacher shall not be terminated for an ineffective performance rating until completion of the School Board's evaluation grievance procedure if a grievance was timely filed.

Within seven (7) days after dismissal, a teacher may request and upon request shall be granted a hearing by a tenure-hearing panel composed of a designee of the Superintendent, a designee of the principal, and a designee of the teacher. In no case shall the Superintendent, the principal, or teacher designate an immediate family member or any full-time employee of the school system by which the teacher was employed who is under the supervision of the person making the designation. Such hearing may be private or public, at the option of the teacher, and shall begin within seven (7) business days after receipt of the teacher's request for such hearing. The teacher shall have the right to appear before the tenure hearing panel with witnesses on his/her behalf and with counsel of his/her selection, all of whom shall be heard by the tenure hearing panel at the hearing. For the purpose of conducting hearings hereunder, the tenure hearing panel shall have the power to issue subpoenas to compel the attendance of all witnesses. Nothing herein contained shall impair the right to seek supervisory review from a court of competent jurisdiction.

The tenure hearing panel shall submit its recommendation to the Superintendent, and the Superintendent may choose to reinstate the teacher. If the Superintendent does not reinstate the teacher, the Superintendent shall notify the teacher of his/her final determination, in writing, and such teacher may, not more than sixty (60) days from the postmarked date of such written notification, petition a court of competent jurisdiction to review whether the action of the Superintendent was arbitrary or capricious.

For purposes of termination, the results of a teacher's evaluation wherein the teacher's performance has been classified as ineffective shall constitute sufficient proof of poor performance, incompetence, or willful neglect of duty and no additional documentation shall be required to substantiate such charges.

Contract Appointees

Personnel who have entered into promotional employment contracts with the School Board, pursuant to La. Rev. Stat. Ann. §17:444, may be removed from their positions by non-renewal of their contracts or by termination of their contracts. Contracts may be non-renewed by the School Board for any of the following reasons:

1.    The Superintendent has recommended against renewal of the contract based on an evaluation of the employee's performance;

2.    The failure to offer a new contract is based on a cause sufficient to support a mid-contract termination;

3.    The position in question has been discontinued; or

4.    The position in question has been eliminated as a result of district reorganization.

In a non-renewal situation, the employee shall not be entitled to a hearing before the School Board.

For mid-contract termination of promotional employment contracts, the employee shall receive written charges and a fair hearing before the School Board after reasonable written notice a disciplinary hearing officer, conducted in accordance with hearing procedures adopted by the School Board. A contract may be terminated if the employee is found guilty of being incompetent or inefficient or is found to have failed to fulfill the terms and performance objectives of his/her contract, or other reasons provided for by state law.

NON-CERTIFICATED EMPLOYEES

Non-Tenured Bus Operators

No bus operator hired after July 1, 2012 shall earn tenure.

A non-tenured bus operator shall be immediately dismissed if he/she is convicted of or has pled nolo contendere to violations of local or existing state law prohibiting operating a vehicle while intoxicated regardless of whether the violation occurred while performing in his/her official capacity as a school bus operator at the time of the offense.

A non-tenured bus operator may also be dismissed by the School Board upon the Superintendent's written recommendation. The employee shall not be entitled to a hearing before the School Board.

Tenured Bus Operators

The School Board may dismiss any tenured bus operator only after written and signed charges against the bus operator have been prepared by the Superintendent and submitted to the School Board. The School Board, if it decides to proceed upon the charges, shall notify the bus operator in writing at least twenty (20) days prior to the hearing, stating the charges brought against him/her, and shall arrange for a hearing to be held in accordance with due process provisions of the law, such hearing to be public or private at the option of the bus operator. A tenured bus operator may be dismissed for willful neglect of duty, or incompetence, or immorality, or drunkenness while on duty, or failure to comply with requirements of La. Rev. Stat. Ann. §17:491.3 relative to being arrested for one or more of the specified offenses, or physical disability to perform his/her duties, or failure to keep his/her transfer equipment in a safe, comfortable, and practical operating condition, or of being a member of or contributing to any group, organization, movement, or corporation that is prohibited by law or injunction from operating in the state, and then only if found guilty after a hearing by the School Board by a majority of the School Board's membership.

Additional grounds for the removal from office of any school bus operator shall be: