UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOANN HOWARD

VERSUS

NUMBER 17-742        DIVISION:  "F(3)"

ST. JOHN THE BAPTIST PARISH SCHOOL BOARD, ET AL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of, **KENDRIA SPEARS**, taken at the St. John the Baptist Parish School Board Office, located at 118 West 10th Street, Reserve, LA 70084, on Monday, September 10, 2018.

ORIGINAL

REPORTED BY: DONNA FALGOUST
CERTIFIED COURT REPORTER

EXHIBIT
7

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

A. Yes.

Q. There is an observation rating section, correct?

A. Yes.

Q. And how were you rating her, according to this document?

A. There's a rubric that we use. I don't have a copy of the rubric, unfortunately. That would be something we would have to get from Personnel.

Q. I only have one copy, but I'll share this with you. And tell me if this is what you believe to be the rubric for the period that's relevant?

MR. ROBY:

For the purposes of identification, I'll mark this as Howard 5, in globo.

(Whereupon the witness consults with Mr. Klibert.)

MR. KLIBERT:

You can tell him that.

BY MR. ROBY:

Q. You had some observations you want to share with me, ma'am?

A. Right. On this rubric, I'm not for sure if this is the exact rubric that was used. I don't recall this exact rubric. So, I would have

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

19

to go through Human Resources to get a copy of it.

Q.  Fair enough.  Fair enough.  But let's assume for the sake of my questions that this is from district policy, and your lawyer can verify it at some point later.  Would the document or the rubric look something like the four-page document that I've given you to review?  Actually it's a five-page document that I've given you, starting with Page 25 and ending with Page 33.

MR. KLIBERT:

I'll just note for the record that I'm looking at the Department of Education Compass Rubric.  And where this document is problematic is, it does have 1-C, it doesn't state for which domain that component is related.

MR. ROBY:

Okay.

MR. KLIBERT:

Because it has only got 1-C through 3-D, and it appears that different domains have different numbers.  So, this would only be regarding one of the three domains.

MR. ROBY:

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

29

what you're asking?

Q. Yes. We can start with that.

A. Okay. I did not.

Q. So you did not complete that evaluation?

A. No.

Q. Do you know who did?

A. On here, the evaluator was Tiffanye McCoy-Thomas.

Q. And who is she?

A. She was an Assistant Principal at the time.

Q. Okay. Did you have an occasion to discuss her observations or evaluations of Ms. Howard?

A. I don't remember.

Q. Do you remember discussing Observation Notes, Areas of Strength, Areas of Improvements, Next Steps, as well as the Scoring?

A. No, I don't remember.

Q. Did she discuss why she rated Ms. Howard as Proficient?

A. Again, no, I don't recall.

Q. And this, likewise, was based on a one-day evaluation?

A. Yes. This evaluation, based on Page 1 would have been -- can I go back with these two?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

extending the learning of others, further supports engaged learning."

It does have a section for Next Steps. "Weekly informal observations will be conducted." Do you know if those were actually followed?

A.    I don't know.  I don't remember.

Q.    If they were, would that be something that would be reduced to writing?

A.    Yes.

Q.    So if you have weekly informal observation, there should be some documentation to support that, correct?

A.    There should be documentation to support those informal walk-throughs.

Q.    So, I'll ask your lawyer if we could put that on the checklist, as well, as a follow-up, if they exist.  "Overall observation rating:  3 - Effective:  Proficient."  That's the scoring, according to that document, right?

A.    Yes.

Q.    And like your evaluation, that information was also passed on to the School Board and the State of Louisiana, correct?

A.    Yes.

Q.    Mr. George, were you aware of an incident

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

Q.   And to the best of your recollection, what became of that investigation?

A.   I don't recall the findings of it.  If I say something, it may not be correct.  So, I don't remember.

Q.   At any point in time during this investigation, did you hear anyone accuse Joann Howard of reporting that incident to Administration?

A.   What do you mean reporting it to Administration, reporting it to me or reporting it to the School Board Office or what do you mean by that statement?

Q.   To you or anyone else in a leadership capacity?

A.   No.

Q.   Did you ever hear any of your other subordinates accuse her of reporting it?

A.   Not to my knowledge.  Not that I can remember.

Q.   And if you had remembered it, would it be part of some investigative file or information that would have been shared with Mr. Oubre?

A.   As far as her reporting an incident to me?

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

A. Correct.

Q. Are you aware that Ms. Howard has alleged that you and other individuals employed by the school engaged in discriminatory conduct?

A. I was made aware of that.

Q. And specifically, you created a hostile work environment for her, so much so that it caused her stress, a stress level that required her to seek medical attention?

A. I was not aware that she was seeking or she left under those pretenses. We've never had a conversation, Ms. Howard and I, about her being under stress or her working in a hostile environment.

Q. And when were you first made aware that Ms. Howard had sought a medical sabbatical?

A. I was not informed that she was seeking a medical sabbatical. The only information that I received was she was not on my roster. When it was dealing with personnel, she was not on my roster the next year. So, I didn't know what to assume, and I didn't ask questions since she wasn't on my roster.

Q. You have a teacher who's employed under your supervision and direction, and for the

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

were you made aware of her absence?

A. I don't recall.

Q. You don't recall?

A. I don't remember.

Q. So, when you don't recall, you have no recollection as to when you remotely was made aware of her sabbatical medical leave?

A. I was never told that she was on a sabbatical, a medical leave. I'm trying to think back, and I don't remember. It's been some years ago.

Q. So what do you remember as a basis for her absence?

A. I was told that she wasn't returning.

Q. And who told you that?

A. That would have been the supervisor -- well, the Human Resources Director at the time, which would have been Ms. Eschette.

Q. Page Eschette?

A. Yes.

Q. So Page would have been the person to tell you that she wasn't coming back?

A. Yes.

Q. And would Page also have been the person to tell you why she wasn't coming back?

DONEGAN, BARTELL & HENRY
1-800-259-6519
POST OFFICE BOX 1293          FAX (985) 447-8895          POST OFFICE BOX 3498
100 WEST FIFTH STREET          www.dbhdepo.com          7910 MAIN STREET
THIBODAUX, LA. 70302          Conference Rooms Available          HOUMA, LA. 70361
PHONE: (985) 447-6519                    PHONE: (985) 868-2265

questions.  I thank you for your time.  And if your lawyer has some questions, then that's fine.

MR. KLIBERT:

I don't have any questions, but I'm going to do what I did last time, which is to go through -- there were a few documents that you asked for from Ms. Spears, and I'm going to articulate them and confirm that we are going to produce them, to the extent that they exist, without the necessity of you doing a written discovery request.

MR. ROBY:

Okay.

MR. KLIBERT:

The first is, you requested a copy of any evaluations done by Ms. Spears regarding Joann Howard. And the next one was a more expansive request, any observation reports regarding Joann Howard, irrespective of who the evaluator was.

Then there was a request for an investigative report that was turned over to Elton Oubre regarding food, the

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265