UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN HOWARD | * | CIVIL ACTION:  17-7142 |
| VERSUS | * | SECTION "F" (3) |
| ST. JOHN THE BAPTIST PARISH SCHOOL BOARD, ET AL | * | |
| | * | |

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

STATEMENT OF MATERIAL CONTESTED FACTS

Plaintiff, Joann Howard, respectfully submits this Statement of Material Contested Facts pursuant to Local Rule 56.1.

1.     Whether Plaintiff can make a prima facia case of racial discrimination.

2.     Whether Plaintiff was required to undergo a complete psychiatric examination as a condition to return to work.

3.     Whether Plaintiff failed to submit thirty (30) day intent to return to work.

4.     Whether Plaintiff's termination was contrary to the ADA and Title VII.

5.     Whether Plaintiff complied with the practices and school district policy regarding her medical leave status.

6.     Whether Plaintiff was subjected to a hostile work environment because she acted to protect student's rights.

7.     Whether Plaintiff was properly evaluated in her functions as a tenured teacher.

8.     Whether Plaintiff received notice to return to work form Defendant's resulting in her termination.

9.     Whether Plaintiff abandoned her job.

10. Whether Plaintiff was provided with a copy of the School Board's policy on extended medical leave which requires that the employee send a thirty (30) day intent to return letter and return to work for at least as long as the medical leave or otherwise, reimburse the School Board the monies received during that leave

Respectfully submitted;

*/S/Clarence Roby, JR.*
CLARENCE ROBY, JR.
3701 Canal Street. Ste U
New Orleans, LA 70119
504-486-7700

CERTIFICATE SERVICE

I hereby certify that a copy of the foregoing was served upon all parties who are registered with the CM/ECF system for the United States District Court, Eastern District of Louisiana on this 9th day October, 2018 and via First Class postage pre-paid.

*CLARENCE ROBY, JR.*