MINUTE ENTRY
KNOWLES, M.J.
OCTOBER 17, 2018

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOANN HOWARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-7142** |
| **ST. JOHN THE BAPTIST PUBLIC SCHOOL DISTRICT, ET AL.** | **SECTION "E" (3)** |

On this date, the Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure [Doc. #24] came on for oral hearing before the undersigned.  Present were Clarence Roby on behalf of plaintiff and Kevin Klibert on behalf of defendants.  For the reasons stated on the record,

**IT IS ORDERED** that the Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure [Doc. #24] is TAKEN UNDER ADVISEMENT.  The deposition of defendant Page Eschette is scheduled for October 23, 2018.  **No later than October 30, 2018**, plaintiff shall file an amended opposition to the motion for summary judgment, and, should circumstances so warrant, defendants shall file an amended motion for summary judgment.  The motion will be deemed submitted on that date.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:13