UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

JOANN HOWARD

VERSUS

NUMBER 17-742        DIVISION:  "F(3)"

ST. JOHN THE BAPTIST PARISH SCHOOL BOARD, ET AL

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Deposition of, SUPERINTENDENT KEVIN GEORGE, taken at the St. John the Baptist Parish School Board Office, located at 118 West 10th Street, Reserve, LA  70084, on Monday, September 10, 2018.

REPORTED BY: DONNA FALGOUST
             CERTIFIED COURT REPORTER

A  P  P  E  A  R  A  N  C  E  S

PRESENT:
        KEVIN P. KLIBERT, ESQUIRE
        BECNEL LAW FIRM, L.L.C.
        425 W. Airline Highway, Suite B
        LaPlace, Louisiana  70068
        Phone:  (985) 536-1186
        Fax:  (985) 536-6445
        ATTORNEY FOR:
            The Defendants,
                St. John the Baptist Parish
                School Board, Et Al

        CLARENCE ROBY, JR., ESQUIRE
        LAW OFFICES OF CLARENCE ROBY, JR.
        3701 Canal Street
        New Orleans, Louisiana  70119
        Phone:  (504) 486-7700
        ATTORNEY FOR:
            The Plaintiff,
            Joann Howard

ALSO PRESENT:
        Joann Howard

                              I  N  D  E  X

                                                              PAGE
    STIPULATIONS ------------------------------   4

    EXAMINATION OF COUNSEL:
         MR. ROBY -----------------------------   5


    CERTIFICATE -----------------------------   46


                    *   *   *   *   *   *   *   *   *   *   *   *   *   *

STIPULATIONS

It is stipulated and agreed by and between Counsel for the parties hereto that the deposition of the witness, SUPERINTENDENT KEVIN GEORGE, is hereby being taken under the Louisiana Rules of Civil Procedure, in accordance with law, pursuant to Notice, for all purposes, at the St. John the Baptist Parish School Board Office, located at 118 West 10th Street, Reserve, Louisiana, on Monday, September 10, 2018.

That the formalities of reading, signing, sealing, certification and filing are hereby specifically waived;

That the objections, except those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

* * * * * * * * * * * * * * * *

That DONNA FALGOUST, Certified Court Reporter, in and for the Eastern District, State of Louisiana, officiated in administering the oath to the above-named witness.

once an employee files a grievance, we have so many days in which to respond. So, if a grievance is filed, then there's a response that's filed to that, as well, to resolve the matter.

Q. Prior to the district making a determination and a finding to terminate Ms. Howard for abandonment, did you look at her past history or evaluations with the district?

A. Job abandonment is one of those issues when if you don't report to work and you don't respond, it's kind of an event that's --- I mean, if you're not there and you're not responding to H.R. -- and I'm not saying -- because I'd have to review all of the particulars with her case. But in general, if somebody abandons their job and we try to contact them or we ask for additional information, that's an event that would justify termination if they're just not coming and not responding.

Q. And you would think it's fair and appropriate to verify if a person had, in fact, received some form of notice regarding their employment status prior to coming to a conclusion that they're abandoning a job, correct?

A. Correct. And we try to -- obviously,