UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


JOANN HOWARD                              *           CIVIL ACTION: 17-7142

                                          *

VERSUS                                    *           SECTION: "F" (3)

                                          *

ST. JOHNS THE BAPTIST PARISH PUBLIC SCHOOL DISTRICT

KENDRIA SPEARS in her capacity

As Principal for St. John The Baptist Public School District

PAGE ESCHETTE, in her capacity as

Director of Human Resources for St. John The Baptist Parish Public School District

KEVIN GEORGE, in his capacity as Superintendent for St. John The Baptist Parish

Public School District

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### PLAINTIFF'S MOTION FOR SUPPLEMENTAL MEMORANDUM
### TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


The Plaintiff, Joann Howard, submits this Supplemental Memorandum and attached exhibits in conjunction with previously submitted filings, opposing Defendant's Motion for Summary Judgment.

WHEREFORE, Plaintiff, Joann Howard, prays this Honorable Court dismisses Defendant's Motion for Summary Judgment and rules that there are genuine issues of material facts in this matter, and allow this matter to proceed to trial.

Respectfully submitted;

*/S/Clarence Roby, JR.*

CLARENCE ROBY, JR.
3701 Canal Street. Ste U
New Orleans, LA 70119
504-486-7700


CERTIFICATE SERVICE

I hereby certify that a copy of the foregoing was served upon all parties who are registered with the CM/ECF system for the United States District Court, Eastern District of Louisiana on this 30th day October, 2018.

*CLARENCE ROBY, JR.*