UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

St. John the Baptist Parish School Board
Personnel Department
P.O. Drawer AL
Reserve, LA 70084

Page E

**Certified Mail Provides::**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail.
- Certified Mail is not available for any class of International Mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

✱ certified letter for Intent to Return in may

no response in January in regular mail

7006 3450 0002 8416 2208

**DER: COMPLETE THIS SECTION**
Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Dann Howard
616 Loyola D. Unit
273
[Ken]ner LA 70065

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
☐ Agent
☑ Addressee
B. Received by (Printed Name)
[illegible] Howard
C. Date of Delivery
5-20-15
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPS KENNER LA MAY 20 2015

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number
Transfer from service label
7006 3450 0002 8416 2208

Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**U.S. POSTAL SERVICE CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To  Dann Howard
Street, Apt No. or PO Box No.  616 Loyola Dr Unit 273
City, State, ZIP+4  Kenner LA 70065

PS Form 3800, August 2006    See Reverse for Instructions

EXHIBIT
Eschette
86
PENGAD 800-631-6989