## Page Eschette

**From:** Quentina Timoll
**Sent:** Monday, June 22, 2015 8:23 AM
**To:** Kevin George; Page Eschette
**Subject:** FW: ABUSE OF THE COMPASS TEACHER EVALUATION SYSTEM

FYI

**Quentina Timoll**
Assistant Superintendent of Curriculum and Instruction
St. John the Baptist Parish Public Schools
118 West 10th Street
Reserve, LA 70084
qtimoll@stjohn.k12.la.us
O: 985.536.1106 ~ F: 985.536.1109

---

**From:** Heidi Trosclair
**Sent:** Monday, June 22, 2015 8:01 AM
**To:** Quentina Timoll
**Subject:** FW: ABUSE OF THE COMPASS TEACHER EVALUATION SYSTEM

Quentina,

I'm not sure if you've seen this email. It is from Ms. Howard at Fifth Ward to the Accountability Commission members; it references Mrs. Spears multiple times.

**Heidi Trosclair**
*Executive Director*
*Assessment and Accountability*



---------- Forwarded message ----------
From: **Joann Howard** <jmhoward0624@aol.com>
Date: Thursday, June 18, 2015
Subject: ABUSE OF THE COMPASS TEACHER EVALUATION SYSTEM

Joann Howard
3616 Loyola Dr. #273
Kenner, LA 70065
jmhoward0624@aol.co

June 17, 2015

To: LDOE Accountability Commission Committee Members



EXHIBIT
Eschette
9
PENGAD 800-631-6989

1

The Louisiana teacher evaluation system (COMPASS) is a system whose checks and balances may allow oversight at the state and local level.  Recent legal rulings have placed teachers at risk of losing their careers, tenure and salary attainment based on the results of performance ratings that rest solely in the hands of principals, who may have no classroom instructional experience. The question is, who is checking the checkers?

Here is a legal document that impacts professional careers, reputations and lives. The checks and balances in place failed to reveal negligence and errors before this document was submitting to the Louisiana State Department of Education as a certified legal document.

The current teacher evaluation system relies on both student performance (test results) and professional practice (principal observations).  Teacher engagement in standardized testing impropriety in an effort to inflate the student performance component of their evaluation faces legal repercussions, shouldn't this practice apply to administrators that intentionally engage in teacher observation report impropriety in an effort to negatively rate a teacher's evaluation be held to the same legal standards and penalties.

"Compass will separate the men from the boys in holding teachers accountable"
(K. Spears, Principal of FWE 13/14 SY).  This quote is taken from a Monday memo the principal sent via email.  Perhaps this can be interpreted as her misunderstanding of the usage of the Compass Teacher Evaluation. Having a diminutive instructional background, no teaching certification and/or experience limited to preschool (non-core), gravely impairs this evaluator in terms of pedagogy, a caution expressed by Charlotte Danielson.

Bulletin 130 defines an observation as the process of gathering facts, noting occurrences, and documenting evidence of performance.  This evaluator's observation report does not coherently meet this criterion. There is no comprehensible basis from which the domain ratings have been derived when reviewing the evaluator's observation comments and/or observation notes.  The observation report is written with an amalgam of prejudicial opinions, ambiguous noting of occurrences and imitative usage of rubric attributes (multiple contradictions). The imprudent nature of this report appears deficient in terms of communicating the goals and assurance identified in ACT 54.

In addition to ensuring that effective teachers and leaders are in every school, Act 54 also assures protection of dignity and rights to fair equitable treatment within the evaluation process.  Compass was never intended for retribution or punitive use. Evaluators are required to utilize this instrument with competency, ethics and integrity demonstrating compliance with the rules and regulations adopted by BESE, LDOE and St. John Parish Public Schools, with full knowledge of the implications and/or ramifications for their negligent and/or willful failure of compliance.

Bulletin 130 requires the evaluation to provide both commendations and areas of improvement.  However, this evaluator did not list one commendation and/or area of strength.  It is highly unlikely that I do not possess an area of strength in professional practices, when my SLTs received a rating of highly effective in student performance.  This raises clear insight into the evaluator's intent and personal bias.  Professional development recommendations provided by the evaluator should address individualized areas of growth measured by the evaluation, objectives should be measurable in terms of improved teacher professional practices with a direct correlation to improved student performance.

ACT 54 (May 2010) repealed the LaTAAP teacher evaluation. Therefore, the directive to utilize and implement the professional development tools identified by this evaluator demonstrates a disconnection of the evaluator and current applicable instructional pedagogy.

This LDOE certified COMPASS evaluator (Kendria Spears) representing St. John Parish Schools has provided an overwhelming conglomeration of professional development directives, outdated resources, etc… a count of 247 strategies drawn from the repealed LaTaap manual. The recommendations present an exhausting unattainable list of disparaging task intended to impede and portray my professional practice as that of a teacher plagued by ineptness, suggesting that I require supportive services in all domains. Yet she failed to identify actionable professional objectives, which impairs student achievement. They are the ones greatly victimized by this failure. These "Next Steps" have left me in a state of fear mourning the impending loss of my professional career due to this evaluator's quest of retribution. The validity of the Compass evaluation tool is diminished in this negligent application and fails to contribute to student achievement in any manner.

A review of my 1997 Observation Report for Instructional personnel is a mirror image of the "Domain III" professional development resource identified by Principal Kendria Spears of Fifth Ward Elementary, deemed appropriate in contributing to student achievement. Providing me with a 17-year-old instructional improvement resource with the directive, "implement strategies into daily lessons", would have a deliberate negative impact on both student achievement and my career. Most of the websites referenced are defunct including the former link to the LDOE. The professional publications are dated as far back as 1980s to early 1990s, instructional strategies contained no reference to common core or the current framework for effective teaching.

This sort of behavior by an evaluator undermines the integrity and validity of the teacher evaluation as outlined in Bulletin 130. Students are the victims here, highly qualified, experienced educators will leave the classrooms, and college students will be deterred from the field of education when your career and life can ultimately be destroyed by an act of malice. My expressed concerns have gone completely ignored; in the end the children of the state of Louisiana are the victims. The love I once had for teaching has been replaced by anxiety and fear.

Joann Howard, (Teacher leaving the profession)