

# St. John the Baptist Parish School Board

## Making *A+* Difference: *H 11*
## Accountability Assessment Achievement

**Clarence Triche**
Board President

**Keith Jones**
Vice-President

**Kevin R. George**
Superintendent

**BOARD MEMBERS**

**Russell Jack**
District No. 1
P.O. Box 75
Edgard, LA 70049
985-497-8395

**Albert Burl, III**
District No. 2
P.O. Box 593
Garyville, LA 70051
985-535-2969

**Gerald J. Keller, Ph.D.**
District No. 3
P.O. Box 347
Reserve, LA 70084
985-536-6570

**Patrick H. Sanders**
District No. 4
137 E. 31st Street
serve, LA 70084
5-536-4247

**Sherry DeFrancesch**
District No. 5
28 Holly Drive
LaPlace, LA 70068
504-628-2934

**Keith Jones**
District No. 6
P.O. Box 952
LaPlace, LA 70069
985-652-5170

**Phillip Johnson**
District No. 7
1117 Cinclair Loop
LaPlace, LA 70068
985-651-4290

**Russ Wise**
District No. 8
2131 Marion Drive
LaPlace, LA 70068
985-652-7211

**Lowell Bacas**
District No. 9
517 Parlange Loop
LaPlace, LA 70068
985-652-6882

**Rodney B. Nicholas, MAR**
District No. 10
2063 Lafitte Drive
LaPlace, LA 70068
504-818-8499

**rence Triche**
strict No. 11
1614 Main Street
LaPlace, LA 70068
985-652-6193

May 1, 2014

JOANN HOWARD

Dear JOANN HOWARD,

It is my pleasure to announce your assignment as a member of the staff of Fifth Ward Elementary School for the 2014-2015 school year.

Please contact your principal for the details of your responsibilities and the dates of any meetings prior to the opening of school for the coming year.

Thank you for your service to St. John School this year. Have a wonderful and relaxing summer!!!

Sincerely,

Page Eschette
Director of Human Resources

PE/dmd



**EXHIBIT**
Eschette
11