$H15

# Payroll Status Form

Name
Joann Howard

Employee No/Munis ID
*1717*

Status Change Date
8/19/2015                    ☐

### Payroll Status

Resigned                    ✓|

comments:
Resigned August 19, 2015

### Title-Salary Change

☐ Change Title
☐ Change Salary

PSF ☐    PC ☐    Card ☐    Letter ☐

### Location Change

✓ADI
☒
✓EBPAMS    PW
X MUNIS

Submit                    Cancel PDF                    Close



EXHIBIT

Eschette
15