UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOANN HOWARD                *          CIVIL ACTION: 17-7142

VERSUS                   *          SECTION: "F" (3)

                                     *

ST. JOHNS THE BAPTIST PARISH PUBLIC SCHOOL DISTRICT

KENDRIA SPEARS in her capacity

As Principal for St. John The Baptist Public School District

PAGE ESCHETTE, in her capacity as

Director of Human Resources for St. John The Baptist Parish Public School District

KEVIN GEORGE, in his capacity as Superintendent for St. John The Baptist Parish

Public School District

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF SUBMISSION</u>

**PLEASE TKE NOTICE,** that Plaintiff's Supplemental Motion and Memorandum in

Opposition to Defendants Motion for Summary Judgment pursuant to Rule 56 of the Federal

Rules of Civil Procedure filed by Plaintiff, Joann Howard is hereby set for submission before

Magistrate Judge Daniel E. Knowles, III on November 21, 2018, at 11:00 at United States

District Court for the Eastern District of Louisiana, 500 Camp Street, Courtroom B305, New

Orleans, Louisiana.

                         Respectfully submitted;

                         */S/Clarence Roby, JR.*
                         CLARENCE ROBY, JR.
                         3701 Canal Street. Ste U
                         New Orleans, LA 70119
                         504-486-7700
                         croby@crobylawfirm.com

CERTIFICATE SERVICE

I hereby certify that a copy of the foregoing was served upon all parties who are registered with the CM/ECF system for the United States District Court, Eastern District of Louisiana on this 30th day October, 2018.

*CLARENCE ROBY, JR.*