**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOANN HOWARD**<br>**Plaintiff**<br><br>**VERSUS**<br><br>**ST. JOHN THE BAPTIST PARISH**<br>**SCHOOL BOARD, KENDRIA SPEARS,**<br>**in her capacity as Principal for St. John**<br>**the Baptist Parish School District, PAGE**<br>**ESCHETTE, in her capacity as Director**<br>**of Human Resources for the St. John the**<br>**Baptist Parish School Board and KEVIN**<br>**GEORGE, in his capacity as**<br>**Superintendent for the St. John the**<br>**Baptist Parish School Board**<br>**Defendants** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **Civil Action No. 17-cv-7142**<br><br>**Judge Susie Morgan**<br><br>**Mag. Judge Daniel Knowles, III** |

<u>**AMENDED MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF**</u>
<u>**THE FEDERAL RULES OF CIVIL PROCEDURE**</u>

**COME NOW**, Defendants, the St. John the Baptist Parish School Board, Kendria Spears in her capacity as Principal for St. John the Baptist Parish School Board, Page Eschette, in her capacity as Director of Human Resources for the St. John the Baptist Parish School Board and Kevin George, in his capacity as Superintendent for the St. John the Baptist Parish School Board, who respectfully submit the instant Amended Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure and which submit that Defendants are entitled to judgment as a matter of law insofar as there are no genuine issues of material fact with respect to the fact that Plaintiff cannot meet her burden of proof of establishing a prima facie case under the Americans with Disability Act insofar as she can not demonstrate she was denied a request for a reasonable accommodation, which is an essential element of her case.  Defendants adopt the reasons set forth in the original Motion for Summary Judgment as if pleaded herein.

**WHEREFORE**, Defendants submit that Plaintiff's inability to offer evidence proving essential elements of her claim under the Americans with Disabilities Act, as well as the claims addressed in the original Motion for Summary Judgment demonstrates that there are no genuine issues of material fact with respect to those elements and thus Defendants are entitled to judgment as a matter of law.

**RESPECTFULLY SUBMITTED,**

**/s/Kevin P. Klibert**
**BECNEL LAW FIRM, L.L.C.**
**Kevin P. Klibert (La. 26954)**
**106 W. 7th Street, P.O. Drawer H**
**Reserve, LA 70084**
**(985) 536-1186**
**(985) 536-6445 (facsimile)**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon all parties who are registered with the CM/ECF system for the United States District Court, Eastern District of Louisiana on this 30th day of October, 2018 and via first class postage for all parties not so registered.

/s/ Kevin P. Klibert
KEVIN P. KLIBERT