**PARISH OF ST. JOHN THE BAPTIST**

**STATE OF LOUISIANA**

### AFFIDAVIT

**BEFORE ME,** the undersigned authority, personally came and appeared:

### KEVIN GEORGE

who is personally known to me, and who after being duly sworn, did depose as follows:

1.  That he has been the Superintendent of Schools for the St. John the Baptist Parish School Board at all times relevant to this claim.

2.  That as Superintendent, he has access to all grievances filed by members of the bargaining unit and that after reviewing the records of filed grievances, no grievance was ever filed by Joann Howard pursuant to the Collective Bargaining Agreement.

3.  That the St. John the Baptist Parish School Board has 968 employees.

4.  That he has direct evidence of the facts to which he has sworn herein.

/s/ Kevin George
Kevin George

**Sworn to and subscribed before
me on this 15th day of October,
2018.**

**/s/ Kevin P. Klibert**
**Kevin P. Klibert (La. 26954)**
**My commission expires upon death.**