**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOANN HOWARD**<br>**Plaintiff**<br><br>**VERSUS**<br><br>**ST. JOHN THE BAPTIST PARISH**<br>**SCHOOL BOARD, KENDRIA SPEARS,**<br>**in her capacity as Principal for St. John**<br>**the Baptist Parish School District, PAGE**<br>**ESCHETTE, in her capacity as Director**<br>**of Human Resources for the St. John the**<br>**Baptist Parish School Board and KEVIN**<br>**GEORGE, in his capacity as**<br>**Superintendent for the St. John the**<br>**Baptist Parish School Board**<br>**Defendants** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **Civil Action No. 17-cv-7142**<br><br>**Judge Susie Morgan**<br><br>**Mag. Judge Daniel Knowles, III** |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE, that the Amended Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure filed by Movants, the St. John the Baptist Parish School Board (hereinafter "School Board"), Kendria Spears, Page Eschette and Kevin George, in their capacity as employees of the School Board is hereby set for submission before Magistrate Judge Daniel E. Knowles, III on November 21, 2018, at 11:00 a.m. at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, Courtroom B305, New Orleans, Louisiana.

RESPECTFULLY SUBMITTED,

/s/ Kevin P. Klibert
**BECNEL LAW FIRM, L.L.C.**
**Kevin P. Klibert (La. 26954)**
**106 W. 7ᵗʰ Street, P.O. Drawer H**
**Reserve, LA 70084**
**(985) 536-1186**
**(985) 536-6445 (facsimile)**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the foregoing was served upon all parties who are registered with

the CM/ECF system for the United States District Court, Eastern District of Louisiana on this

30th day of October, 2018 and via first class postage for all parties not so registered.

/s/ Kevin P. Klibert
KEVIN P. KLIBERT