**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOANN HOWARD**<br>**Plaintiff**<br><br>**VERSUS**<br><br>**ST. JOHN THE BAPTIST PARISH**<br>**SCHOOL BOARD, KENDRIA SPEARS,**<br>**in her capacity as Principal for St. John**<br>**the Baptist Parish School District, PAGE**<br>**ESCHETTE, in her capacity as Director**<br>**of Human Resources for the St. John the**<br>**Baptist Parish School Board and KEVIN**<br>**GEORGE, in his capacity as**<br>**Superintendent for the St. John the**<br>**Baptist Parish School Board**<br>**Defendants** | **\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\***<br>**\*** | **Civil Action No. 17-cv-7142**<br><br>**Judge Susie Morgan**<br><br>**Mag. Judge Daniel Knowles, III** |

**AMENDED UNDISPUTED STATEMENT OF MATERIAL FACTS**

**COME NOW**, Defendants, the St. John the Baptist Parish School Board, Kendria Spears in her capacity as Principal for St. John the Baptist Parish School Board, Page Eschette, in her capacity as Director of Human Resources for the St. John the Baptist Parish School Board and Kevin George, in his capacity as Superintendent for the St. John the Baptist Parish School Board, who respectfully submit the instant Amended Undisputed Statement of Material Facts pursuant to Local Rule 56.1 and submit that the following facts are undisputed. The original Undisputed Statement of Material Fact is adopted as if included herein.

1.      Plaintiff admits she did not comply with Dr. Cusco's return to work requirement that she undergo a complete psychiatric examination prior to returning to work and thus she is not "an otherwise qualified individual" under 42 USCA§12112(a).

2.      Plaintiff did not request any accommodations from Defendants at any time.

3.      Plaintiff can produce no evidence of discrimination because of a disability because the School Board did not ask that she forfeit two semesters of medical sabbatical pay even though she did not comply with the medical leave requirement that she return to work for two semesters or she would forfeit said pay.  Exhibit 1 to original Motion for Summary Judgment, p. 50, l. 25; p. 51, ll. 1-7.

4.      The non-pretextual reason for Plaintiff's employment termination is she admittedly failed to comply with the medical return to work requirements and additionally failed to give the School Board notice of her intent to return despite being advised of those requirements on at least three occasions. *Id.*

**WHEREFORE,** Defendants pray that after considering the forgoing, this Honorable Court will find that there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law.

**RESPECTFULLY SUBMITTED,**

**/s/ Kevin P. Klibert**
**BECNEL LAW FIRM, L.L.C.**
**Kevin P. Klibert (La. 26954)**
**106 W. 7th Street, P.O. Drawer H**
**Reserve, LA 70084**
**(985) 536-1186**
**(985) 536-6445 (facsimile)**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the foregoing was served upon all parties who are registered with the CM/ECF system for the United States District Court, Eastern District of Louisiana on this 5th day of November, 2018 and via first class postage for all parties not so registered.

/s/ Kevin P. Klibert
KEVIN P. KLIBERT