UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOANN HOWARD

VERSUS

ST. JOHN THE BAPTIST PUBLIC SCHOOL
DISTRICT, ET. AL.

CIVIL ACTION      17-7142

DIVISION 3



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED      EC - 6 2018

WILLIAM W. BLEVINS
CLERK

### NOTICE OF INTENT TO APPEAL

NOW COMES PLAINTIFF JOANN HOWARD, PRO SE, to give notice of her intent to appeal to the United States Court of Appeals for the Fifth Circuit from the November 7, 2018 Order & Reasons and Judgment (Rec. Docs. 33 and 34) of the Court, dismissing with prejudice all of the federal claims brought in this action.

Mover, further, hereby requests that the record be prepared for appeal.

Respectfully Submitted By:

**Joann Howard, Pro Se**
Joann Howard
3616 Loyola Dr. #273
760-622-1196
jmhoward0624@aol.com

### CERTIFICATE OF SERVICE

I certify that the foregoing *Notice of Appeal* was served on all counsel of record on the 6th day of December, 2018 by electronic filing and U.S. Postal Mail. **/s/ Joann Howard, Pro Se**

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____